1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  Winston & Strawn LLP
   333 S. Grand Avenue, 38th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 615-1700
4  Facsimile: (213) 615-1750

5  Rachel A. McCauley (SBN: 335833)
   rmccauley@winston.com
6  Winston & Strawn LLP
   101 California Street, 35th Floor
7  San Francisco, CA 94111-5802
   Telephone: (415) 591-1000
8  Facsimile: (415) 591-1400

9  Kobi K. Brinson (*pro hac vice forthcoming*)
   kbrinson@winston.com
10 Stacie C. Knight (*pro hac vice forthcoming*)
   sknight@winston.com
11 Winston & Strawn LLP
   300 South Tryon Street, 16th Floor
12 Charlotte, NC 28202
   Telephone: (704) 350-7700
13 Facsimile: (704) 350-7800

14 Attorneys for Defendants
   WELLS FARGO BANK, N.A.,
15 WELLS FARGO HOME MORTGAGE, INC., and
   WELLS FARGO & COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BRAXTON, GIA GRAY, BRYAN BROWN AND PAUL MARTIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a Delaware corporation; WELLS FARGO & CO., a Delaware corporation.<br><br>Defendants. | Case No. 4:22-cv-01748<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

1  WHEREAS Plaintiff Aaron Braxton filed this action ("the Complaint") on March 18, 2022;

2  WHEREAS Plaintiff Braxton served the Complaint on Defendants Wells Fargo Bank, N.A.
3  ("Wells Fargo Bank") and Wells Fargo Home Mortgage, Inc. ("Wells Fargo Home Mortgage") on
4  March 24, 2022;

5  WHEREAS, on April 11, 2022, Plaintiff Braxton and Defendants Wells Fargo Bank and
6  Wells Fargo Home Mortgage filed a Stipulation for Extension of Time to Respond to the Complaint
7  until May 13, 2022 (Dkt. 12);

8  WHEREAS, on April 12, 2022, before Defendants responded to Plaintiff's Complaint,
9  Plaintiff Braxton, along with Plaintiffs Gia Gray, Bryan Brown, and Paul Martin (collectively,
10 "Plaintiffs") filed their First Amended Class Action Complaint (the "Amended Complaint") against
11 Wells Fargo Bank, Wells Fargo Home Mortgage, and Wells Fargo & Co. (Dkt. 14);

12 WHEREAS, Plaintiffs served the Amended Complaint on Defendant Wells Fargo & Co. on
13 April 14, 2022;

14 WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1), Wells Fargo Bank's and
15 Wells Fargo Home Mortgage's answer or other responsive pleading to the Amended Complaint is
16 currently due on May 12, 2022 and Wells Fargo & Co.'s answer or other responsive pleading is due
17 on May 14, 2022 (the "Response Deadlines");

18 WHEREAS, Rule 6-1(a) of Civil Local Rules of the United States District Court for the
19 Northern District of California provides that the parties may stipulate without a court order to extend
20 the time within which to answer or otherwise to respond to the Complaint, provided the change will
21 not alter the date of any event or any deadline already fixed by court order;

22 WHEREAS Plaintiffs' counsel has engaged in discussions with Defendants' counsel from
23 Winston & Strawn LLP concerning the Response Deadlines;

24 WHEREAS the parties have agreed to a thirty-day (30) extension of the current Response
25 Deadlines;

26 WHEREAS, consistent with Rule 6-1(a) and (b) of the Civil Local Rules of the United States
27 District Court for the Northern District of California, this is Defendants' initial response to the
28 Amended Complaint and the agreed-upon extension will not alter the date of any event or deadline

already fixed by court order;

THEREFORE, IT IS HEREBY STIPULATED that the time for Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Inc., and Wells Fargo & Co. to answer, move, or otherwise respond to the Amended Complaint is extended to and includes June 13, 2022.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 18, 2022

**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**

By: */s/ Ryan Q. Keech*
Ryan Q. Keech (State Bar No. 280306)
rkeech@egcfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiffs AARON BRAXTON, GIA GRAY, BRYAN BROWN, AND PAUL MARTIN

**WINSTON & STRAWN LLP**

By: */s/ Amanda L. Groves*
Amanda L. Groves (State Bar No. 187216)
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants
WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, INC.,
AND WELLS FARGO & COMPANY

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ *Amanda L. Groves*
Amanda L. Groves