**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*pro hac vice forthcoming*)
kbrinson@winston.com
STACIE C. KNIGHT (*pro hac vice forthcoming*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

**MCGUIREWOODS LLP**
ALICIA A. BAIARDO (SBN 254228)
abairdo@mcguirewoods.com
AVA E. LIAS-BOOKS (*Pro Hac Vice forthcoming*)
aliasbooker@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice forthcoming*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, California 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

*Attorneys for Defendants Wells Fargo Bank, N.A.
and Wells Fargo & Co.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BRAXTON, GIA GRAY, BRYAN BROWN AND PAUL MARTIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a Delaware corporation; WELLS FARGO & CO., a Delaware corporation.<br><br>Defendants. | Case No. 3:22-CV-01748-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**NOTICE OF LODGING OF WELLS FARGO BANK, N.A. AND WELLS FARGO & COMPANY'S RESPONSE TO PLAINTIFF IFEOMA EBO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1  TO THE HONORABLE JACQUELINE SCOTT CORLEY, UNITED STATED DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2022, pursuant to Northern District of California Local Rule 3-12, Defendant Wells Fargo Bank, N.A. and Wells Fargo & Co.'s Response to Plaintiff Ifeoma Ebo's Administrative Motion to Consider Whether Cases Should Be Related was filed in the case of *Alfred Pope v. Wells Fargo Bank, N.A., et al.*, Northern District of California Case No. 4:22-cv-01793-KAW.

A true and correct copy of the Response to Plaintiff Ebo's Administrative Motion to Consider Whether Cases Should Be Related is hereby lodged with this Court as Exhibit A to this Notice of Lodging.

Dated: June 6, 2022

**WINSTON & STRAWN LLP**

By: */s/ Amanda L. Groves*
    AMANDA L GROVES (SBN 187216)
    agroves@winston.com
    333 S. Grand Avenue, 38th Floor
    Los Angeles, California 90071
    Telephone: (213) 615-1700
    Facsimile: (213) 615-1750

KOBI K. BRINSON (*Pro Hac Vice forthcoming*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice forthcoming*)
sknight@winston.com
300 South Tryon Street, 16th Flood
Charlotte, North Carolina 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

**MCGUIREWOODS LLP**
ALICIA A. BAIARDO (SBN 254228)
abairdo@mcguirewoods.com
AVA E. LIAS-BOOKS (*Pro Hac Vice forthcoming*)
aliasbooker@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice forthcoming*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, California 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

*Attorneys for Defendants*
*Wells Fargo Bank, N.A. and*
*Wells Fargo & Co.*