1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  Winston & Strawn LLP
   333 S. Grand Avenue, 38th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 615-1700
4  Facsimile: (213) 615-1750

5  Alicia A. Baiardo (SBN: (SBN 254228)
   abaiardo@mcguirewoods.com
6  McGuire Woods LLP
   Two Embarcadero Center
7  Suite 1300
   San Francisco, CA  94111-3821
8  Telephone: (415) 844-9944
   Facsimile: (415) 844-9922
9

10 *(Additional Counsel on Signature Page)*

11 Attorneys for Defendants
   WELLS FARGO BANK, N.A.,
12 WELLS FARGO HOME MORTGAGE, INC., and
   WELLS FARGO & COMPANY
13

14           **UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15

16 AARON BRAXTON, *et al*., on behalf of          Case No. 4:22-cv-01748
   themselves and all others similarly situated,
17
              Plaintiffs,                         **DEFENDANT WELLS FARGO BANK, N.A.'S**
18                                                **ANSWER TO PLAINTIFFS' FIRST**
      v.                                          **AMENDED COMPLAINT**
19
   WELLS FARGO BANK, N.A., *et al*.
20
              Defendants.
21

22        Defendant Wells Fargo Bank, N.A. ("Wells Fargo Bank")[1] hereby answers the First

23 Amended Class Action Complaint ("Amended Complaint") filed by Plaintiffs Aaron Braxton, Gia

24 Gray, Bryan Brown, and Paul Martin (collectively, "Plaintiffs").

25        Plaintiffs allege that they were discriminated against by Wells Fargo Bank's residential

26 mortgage practices.  They maintain that they represent a class of similarly situated persons that have

27 

28 ─────────────────────
   [1] For purposes of this Answer, "Wells Fargo Bank" also includes Wells Fargo Home Mortgage, Inc.,
   which was merged into Wells Fargo Bank in 2004 and no longer exists as a separate legal entity.

                                  1

1  been harmed by discrimination against Black and/or African American customers throughout Wells

2  Fargo Bank's lending process.

3      Wells Fargo Bank vigorously denies the allegations.  Wells Fargo Bank is confident that it

4  follows relevant government-sponsored enterprise guidelines in its decision-making regarding home

5  lending and its underwriting practices are consistently applied regardless of a customer's race or

6  ethnicity.

7      Moreover, Wells Fargo Bank has a strong history of supporting minorities in achieving their

8  homeownership goals.  Over the last decade, 2011-2020, Wells Fargo Bank has helped as many

9  Black families purchase homes as the next three largest bank lenders combined.  Additionally, in

10  2020, Wells Fargo Bank was the largest bank lender for home mortgages to Black families and

11  helped more Black homeowners refinance their mortgages than any other bank.

12  ## WELLS FARGO BANK'S ANSWER TO SPECIFIC ALLEGATIONS

13      1.    Wells Fargo Bank admits the allegations in paragraph 1.

14      2.    Answering paragraph 2, Wells Fargo Bank denies that it used race-based exclusions

15  to deny Black Americans access to the financial benefits of homeownership.

16      3.    Answering paragraph 3, Wells Fargo Bank denies that it engaged in "race-based

17  gatekeeping practices like redlining and restrictive covenants" or that it engaged in "discrimination

18  in the realm of homeownership."

19      4.    Answering paragraph 4, Wells Fargo Bank admits that home interest rates reached

20  historic lows in 2020 and 2021.  Wells Fargo Bank denies that it discriminates against Black and/or

21  African American customers in the home lending process.

22      5.    Answering paragraph 5, Wells Fargo Bank denies the allegations, and further states

23  that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank

24  specifically denies that its policies and practices discriminate against Black and/or African American

25  home loan applicants and home mortgage borrowers.  Further, over the last decade, 2011-2020,

26  Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank

27

28

lenders combined.[2]  Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

6.      Answering paragraph 6, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[3]  Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

7.      Answering paragraph 7, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[4]  Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

8.      Answering paragraph 8, Wells Fargo Bank admits that home interest rates reached historic lows in 2020 and 2021.  Wells Fargo Bank denies the remaining allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest

---

[2] https://newsroom.wf.com/English/news-releases/news-release-details/2022/Wells-Fargo-Expands-Efforts-to-Advance-Racial-Equity-in-Homeownership/default.aspx
[3] *Id.*
[4] *Id.*

bank lenders combined.[5]   Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

9.      Answering paragraph 9, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[6]   Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

10.     Answering paragraph 10, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[7]  Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

11.     Answering paragraph 11, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[8]   Additionally, in 2020, Wells Fargo was the largest bank lender for home

---

[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.*

mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

12.     Answering paragraph 12, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers and denies that it forced Black and/or African American homeowners into foreclosure.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[9]   Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

13.     Answering paragraph 13, Wells Fargo Bank denies the allegations.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

14.     Answering paragraph 14, Wells Fargo Bank denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

15.     Answering paragraph 15, Wells Fargo admits the existence and use of CORE, but otherwise denies the allegations.

16.     Answering paragraph 16, Wells Fargo Bank denies the allegations.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

17.     Answering paragraph 17, Wells Fargo Bank denies the allegations.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

18.     Answering paragraph 18, Wells Fargo Bank denies the allegations.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African

---

[9] *Id.*

1   American home loan applicants and home mortgage borrowers.

2       19.     Answering paragraph 19, Wells Fargo Bank denies that its policies and practices

3   discriminate against Black and/or African American home loan applicants and home mortgage

4   borrowers.   Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the

5   truth of the allegations regarding "competitor financial institutions" and on that basis, denies them.

6       20.     .Answering paragraph 20, Wells Fargo Bank denies the allegations.  Wells Fargo

7   Bank specifically denies that its policies and practices discriminate against Black and/or African

8   American home loan applicants and home mortgage borrowers.

9       21.     Answering paragraph 21, Wells Fargo Bank admits only the existence of the

10  document referenced in footnote 20 of the First Amended Complaint.  The contents of that document

11  speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

12  said documents, Wells Fargo Bank denies those allegations.  Further, Wells Fargo Bank specifically

13  denies that its policies and practices discriminate against Black and/or African American home loan

14  applicants and home mortgage borrowers.

15      22.     Answering paragraph 22, Wells Fargo denies the allegations.  Wells Fargo Bank

16  specifically denies that its policies and practices discriminate against Black and/or African American

17  home loan applicants and home mortgage borrowers.  Wells Fargo Bank also specifically denies that

18  Plaintiffs were subjected to race discrimination in connection Wells Fargo Bank's home lending

19  process.  Further, Wells Fargo Bank denies that these claims are suitable for class treatment and

20  denies that Plaintiffs are entitled to any relief.

21      23.     Answering paragraph 23, Wells Fargo Bank responds that the allegations are legal

22  conclusions to which no response is required.  To the extent a response is required, Wells Fargo

23  Bank does not challenge the subject matter jurisdiction of this Court.  As to the allegations in

24  paragraph 23 that are directed to Wells Fargo & Company, no response from Wells Fargo Bank is

25  required.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or

26  information to form a belief as to the truth of the allegations, and on that basis, denies them.

27      24.     Answering paragraph 24, Wells Fargo Bank responds that the allegations are legal

28  conclusions to which no response is required.  To the extent a response is required, Wells Fargo

Bank admits that it transacts business in the State of California.  Wells Fargo Bank denies that Wells Fargo Home Mortgage, Inc. originates loans to California customers from its California offices and maintains a systematic and continuous presence in the State, because it was merged into Wells Fargo Bank in 2004 and no longer exists as a separate legal entity.  As to the allegations in paragraph 24 that are directed to Wells Fargo & Company, no response from Wells Fargo Bank is required.

25.     Answering paragraph 25, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank does not challenge the venue of this Court, but otherwise denies the allegations in the paragraph and specifically denies that its practices and policies are discriminatory.

26.     Answering paragraph 26, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

27.     Answering paragraph 27, Wells Fargo Bank denies that Mr. Braxton was subjected to racial discrimination.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

28.     Answering paragraph 28, Wells Fargo Bank admits that it services Mr. Braxton's mortgage loan.  Wells Fargo Bank denies that Mr. Braxton purchased his property with a Wells Fargo home mortgage insured by the Federal Housing Administration (FHA), and denies that Mr. Braxton always made his mortgage payments on time.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

29.     Responding to paragraph 29, Wells Fargo Bank denies that Mr. Braxton sought to refinance his home mortgage loans in 2019, denies that it "consistently obstructed his ability to refinance his loans, denies that it "was focused more on his race and the location of his home within a historically Black Los Angeles neighborhood, and used the fact of his race and the location of his home to delay, obstruct and deny him the full benefits of historically low home mortgage interest." Wells Fargo Bank also denies that Mr. Braxton timely paid his loans for more than 18 years, and denies that Mr. Braxton was subjected to racial discrimination.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the

1    allegations, and on that basis, denies them.

2          30.    Responding to paragraph 30, Wells Fargo Bank denies the allegations.  Further, Wells

3    Fargo states that Mr. Braxton was placed in a temporary forbearance between October 2019 and

4    May 2020 and that he opted out of COVID forbearance on May 7, 2020, and asked to be continued

5    with a full modification loan modification review, which was approved.  Mr. Braxton completed his

6    trial payment plan successfully, and his first-position mortgage loan was permanently modified in

7    October 2020, resulting in an interest rate reduction from 6% to 3.375%, and monthly payment

8    reduction from approximately $1,075 to $532.  Mr. Braxon's home equity line of credit was

9    permanently modified in December 2020, fixing the interest rate at 4.8% and his monthly payment at

10   $464.09.

11         31.    Answering paragraph 31, Wells Fargo Bank lacks sufficient knowledge or

12   information to form a belief as to the truth of the allegations, and on that basis, denies them.

13         32.    Answering paragraph 32, Wells Fargo Bank denies that Mr. and Mrs. Gray were

14   subjected to racial discrimination and denies that Mr. and Mrs. Gray applied to refinance multiple

15   loans.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information

16   to form a belief as to the truth of the allegations, and on that basis, denies them.

17         33.    Answering paragraph 33, Wells Fargo Bank denies that Mr. and Mrs. Gray applied to

18   refinance the loans secured by the Stockton, California and Chicago, Illinois properties and denies

19   that Mr. Gray is a co-borrower on the loan secured by the property in Chicago, Illinois.  As to all

20   remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief

21   as to the truth of the allegations, and on that basis, denies them.

22         34.    Answering paragraph 34, Wells Fargo Bank admits that the Grays refinanced the loan

23   secured by property in Danville, California in June 2020, and admits that their loan officer was

24   located in the Walnut Creek, California area and that he provided exemplary service to the Grays.

25   Wells Fargo Bank also admits that it obtained a verification of Mrs. Gray's employment from her

26   employer, as required by underwriting guidelines.  Wells Fargo Bank denies that the process to

27   refinance the loan secured by the property in Danville, California took four months.  Wells Fargo

28   also denies that Mr. and Mrs. Gray were subjected to racial discrimination, and denies that they

applied to refinance the loans secured by the Stockton, California and Chicago, Illinois properties. As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

35.     Responding to paragraph 35, Wells Fargo Bank denies the allegations.  Further, Wells Fargo Bank denies that Mr. and Mrs. Gray were subjected to racial discrimination and denies that Mr. and Mrs. Gray applied to refinance the loans secured by the Stockton, California and Chicago, Illinois properties.

36.     Answering paragraph 36, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

37.     Answering paragraph 37, Wells Fargo Bank denies that Mr. Brown was subjected to racial discrimination.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

38.     Answering paragraph 38, Wells Fargo Bank denies that Mr. Brown purchased a multi-unit home in December 2010 with a Wells Fargo home mortgage.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

39.     Answering paragraph 39, Wells Fargo Bank admits that Mr. Brown submitted an application to refinance his loan in October 2020.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

40.     Answering paragraph 40, Wells Fargo Bank denies the allegations.  Further, Wells Fargo Bank denies that Mr. Brown was subjected to racial discrimination.

41.     Answering paragraph 41, Wells Fargo Bank admits the allegations.

42.     Answering paragraph 42, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

43.     Answering paragraph 43, Wells Fargo Bank denies that Mr. Martin applied to refinance a loan secured by a property in Los Angeles, California in 2020.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the

1    truth of the allegations, and on that basis, denies them.

2        44.     Answering paragraph 44, Wells Fargo Bank denies that it refused to refinance Mr.

3    Martin's loan, denies that it would not refinance his loan unless Mr. Martin could get it appraised for

4    $2 million, and denies that the appraiser refused to come inside Mr. Martin's home.  Wells Fargo

5    Bank further states that Mr. Martin applied for a home equity line of credit in March 2020, that the

6    appraiser assigned a value of $1.9 million to the subject property, and that the appraiser complied

7    with applicable COVID-19 healthy and safety protocols.  Further, Wells Fargo Bank states that it

8    approved Mr. Martin for a home equity line of credit but Mr. Martin withdrew his request in June

9    2020.  Wells Fargo Bank denies that Mr. Martin was subjected to racial discrimination.  As to all

10   remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief

11   as to the truth of the allegations, and on that basis, denies them.

12       45.     Answering paragraph 45, Wells Fargo Bank admits that it is a national banking

13   association chartered in South Dakota and that it has employees located in the Northern District of

14   California.  Wells Fargo Bank denies the remaining allegations.

15       46.     Answering paragraph 46, Wells Fargo Bank denies the allegations.  Wells Fargo

16   Home Mortgage, Inc. was merged into Wells Fargo Bank in 2004 and no longer exists as a separate

17   legal entity.

18       47.     Answering paragraph 47, Wells Fargo Bank admits that it is a subsidiary of Wells

19   Fargo & Company.  As to the allegations in paragraph 48 that are directed to Wells Fargo &

20   Company, no response from Wells Fargo Bank is required.

21       48.     Answering paragraph 48, Wells Fargo Bank admits the allegations.

22       49.     Answering paragraph 49, Wells Fargo Bank admits only the existence of the

23   document referenced in footnote 25 of the First Amended Complaint.  The contents of that document

24   speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

25   said documents, Wells Fargo Bank denies those allegations.

26       50.     Answering paragraph 50, Wells Fargo Bank admits only the existence of the

27   document referenced in footnote 25 of the First Amended Complaint.  The contents of that document

28   speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

1   said documents, Wells Fargo Bank denies those allegations.

2        51.    Answering paragraph 51, Wells Fargo Bank admits only the existence of the

3   document referenced in footnote 26 of the First Amended Complaint.  The contents of that document

4   speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

5   said documents, Wells Fargo Bank denies those allegations.

6        52.    Answering paragraph 52, Wells Fargo Bank admits only the existence of the

7   document referenced in footnote 27 of the First Amended Complaint.  The contents of that document

8   speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

9   said documents, Wells Fargo Bank denies those allegations.

10        53.    .Answering paragraph 53, Wells Fargo Bank admits only the existence of the

11   document referenced in footnote 28 of the First Amended Complaint.  The contents of that document

12   speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

13   said documents, Wells Fargo Bank denies those allegations.

14        54.    Answering paragraph 54, Wells Fargo Bank admits only the existence of the

15   document referenced in footnote 30 of the First Amended Complaint.  The contents of that document

16   speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

17   said documents, Wells Fargo Bank denies those allegations.

18        55.    Answering paragraph 55, Wells Fargo Bank admits only the existence of the

19   document referenced in footnote 32 of the First Amended Complaint.  The contents of that document

20   speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

21   said documents, Wells Fargo Bank denies those allegations.

22        56.    Answering paragraph 56, Wells Fargo Bank admits only the existence of the

23   documents referenced in footnotes 34, 35, and 36 of the First Amended Complaint.  The contents of

24   those documents speak for themselves.  To the extent the allegations of this paragraph contradict or

25   mischaracterize said documents, Wells Fargo Bank denies those allegations.

26        57.    Answering paragraph 57, Wells Fargo Bank admits only the existence of the

27   document referenced in footnote 37 of the First Amended Complaint.  The contents of that document

28   speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

said documents, Wells Fargo Bank denies those allegations.

58.     Answering paragraph 58, Wells Fargo Bank denies the allegations.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

59.     Answering paragraph 59, Wells Fargo Bank denies the allegations.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

60.     Answering paragraph 60, Wells Fargo Bank admits the existence of a written settlement agreement in connection with *United States v. Wells Fargo Bank, N.A.*, Case No.: 1:12-cv-01150 (D.D.C).  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations, and further denies that it discriminates against Black and/or African American customers in the home lending process.  As to the remaining allegations, Wells Fargo Bank denies them.

61.     Answering paragraph 61, Wells Fargo Bank admits the existence of complaint entitled *City of Oakland v. Wells Fargo Bank, N.A.*, Case No.: 3:15-cv-04321 (N.D. Cal.).  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the allegations in said document and further denies that it discriminates against Black and/or African American customers in the home lending process.  As to the remaining allegations, Wells Fargo Bank denies them.

62.     Answering paragraph 62, Wells Fargo Bank admits the existence of complaint entitled *City of Oakland v. Wells Fargo Bank, N.A.*, Case No.: 3:15-cv-04321 (N.D. Cal.).  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the allegations in said document and further denies that it discriminates against Black and/or African American customers in the home lending process.  As to the remaining allegations, Wells Fargo Bank denies them.

63.    Answering paragraph 63, Wells Fargo Bank admits the existence of complaint entitled *City of Oakland v. Wells Fargo Bank, N.A.*, Case No.: 3:15-cv-04321 (N.D. Cal.) and the order referenced in footnote 46 of the First Amended Complaint.  The contents of those document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the allegations in said documents and further denies that it discriminates against Black and/or African American customers in the home lending process.  As to the remaining allegations, Wells Fargo Bank denies them.

64.    Answering paragraph 64, Wells Fargo Bank denies the allegations and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.

65.    Answering paragraph 65, Wells Fargo Bank admits the existence of complaint entitled *Cty. of Cook v. Wells Fargo & Co.,* Case No.: 14-C-9548-GF (N.D. Ill).  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the allegations in said document and further denies that it discriminates against Black and/or African American customers in the home lending process.  As to the remaining allegations, Wells Fargo Bank denies them.

66.    Answering paragraph 66, Wells Fargo Bank admits the existence of a written settlement agreement in connection with *City of Philadelphia v. Wells Fargo & Co., et al.*, No. 2:17-cv-02203-AB (E.D. Pa. 2019).  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.  In reaching a settlement in *City of Philadelphia*, Wells Fargo strongly disputed the allegations made by the city in the lawsuit and did not admit any liability in the agreement.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process. As to the remaining allegations, Wells Fargo Bank denies them.

67.     Answering paragraph 665 Wells Fargo Bank admits the existence of the written conciliation agreement referenced in footnote 53 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.  In reaching said conciliation agreement, Wells Fargo Bank strongly disputed the allegations made by the Department of Labor and did not admit any liability in the agreement.  Wells Fargo Bank further denies that it engages in discrimination of any kind.  As to the remaining allegations, Wells Fargo Bank denies them.

68.     Answering paragraph 68, Wells Fargo Bank admits that home interest rates reached historic lows in 2020 and 2020, that many homeowners sought to refinance their loans, and that homeowners in the United States refinanced over $5 trillion worth of mortgages during this time frame.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

69.     Answering paragraph 69, Wells Fargo Bank admits the existence of the document referenced in footnotes 54, 55, 56, 57, and 58 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank further states that the conclusion in paragraph 69 is flawed as stated because it is based on false reasoning.  Wells Fargo Bank denies that the percentages reflect a comparison between similarly situated Black/African American borrowers and similarly situated White borrowers. Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.

70.     Answering paragraph 70, Wells Fargo Bank denies the allegations.

71.     Answering paragraph 71, Wells Fargo Bank admits that it executed an agreement with Blend Labs, Inc.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.

72.     Answering paragraph 72, Wells Fargo Bank denies the allegations.  Wells Fargo

Bank further denies that it discriminates against Black and/or African American customers or against "applicants without technical sophistication" in the home lending process.

73.     Answering paragraph 73, Wells Fargo Bank denies the allegations.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.

74.     Answering paragraph 74, Wells Fargo Bank denies the allegations.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.

75.     Answering paragraph 75, Wells Fargo Bank denies the allegations.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.

76.     Answering paragraph 76, Wells Fargo Bank denies the allegations.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process and denies that applicants are required to disclose their ethnicity, race, and/or gender in connection with the home lending process.

77.     Answering paragraph 77, Wells Fargo Bank denies the allegations.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process and denies that applicants are required to disclose their ethnicity, race, and/or gender in connection with the home lending process.

78.     Answering paragraph 78, Wells Fargo Bank admits the existence and use of CORE, but otherwise denies the allegations.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process and denies that Black and/or African American refinance applicants were systematically slotted by CORE into C1 and C2 categories.

79.     Answering paragraph 79, Wells Fargo Bank denies that it does not use Fannie Mae and Freddie Mac underwriting criteria, denies that it discriminates against Black and/or African American customers in the home lending process, and denies that its underwriters are not sufficiently trained.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or

1    information to form a belief as to the truth of the allegations, and on that basis, denies them.

2        80.    Answering paragraph 80, Wells Fargo Bank admits the existence of the document

3    referenced in footnotes 59 and 60 of the First Amended Complaint.  The contents of that document

4    speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

5    said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank further denies that it

6    discriminates against Black and/or African American customers in the home lending process or that

7    it uses algorithms that prevent consumers from participating in a fair and competitive market free

8    from bias.

9        81.    Answering paragraph 81, Wells Fargo Bank admits the existence of the document

10   referenced in footnotes 61 of the First Amended Complaint.  The contents of that document speak

11   for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

12   document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank further denies that it

13   discriminates against Black and/or African American customers in the home lending process.

14       82.    Answering paragraph 82, Wells Fargo Bank denies the allegations.  Wells Fargo

15   Bank specifically denies that its policies and practices discriminate against Black and/or African

16   American home loan applicants and home mortgage borrowers.

17       83.    Answering paragraph 83, Wells Fargo Bank denies the allegations.  Wells Fargo

18   Bank specifically denies that its policies and practices discriminate against Black and/or African

19   American home loan applicants and home mortgage borrowers.

20       84.    Answering paragraph 84, Wells Fargo Bank denies the allegations.  Wells Fargo

21   Bank specifically denies that its policies and practices discriminate against Black and/or African

22   American home loan applicants and home mortgage borrowers.

23       85.    Answering paragraph 85, Wells Fargo Bank denies the allegations.  Wells Fargo

24   Bank specifically denies that its policies and practices discriminate against Black and/or African

25   American home loan applicants and home mortgage borrowers.

26       86.    Answering paragraph 86, Wells Fargo Bank admits the existence of the document

27   referenced in footnote 62 of the First Amended Complaint.  The contents of that document speak for

28   themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

1   document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank further denies that it

2   discriminates against Black and/or African American customers in the home lending process.

3       87.    Answering paragraph 87, Wells Fargo Bank denies the allegations.  Wells Fargo

4   Bank specifically denies that its policies and practices discriminate against Black and/or African

5   American home loan applicants and home mortgage borrowers.

6       88.    Answering paragraph 88, Wells Fargo Bank denies the allegations.  Wells Fargo

7   Bank specifically denies that its policies and practices discriminate against Black and/or African

8   American home loan applicants and home mortgage borrowers.

9       89.    Answering paragraph 89, Wells Fargo Bank admits the existence of the documents

10  referenced in footnotes 66, 67, and 68 of the First Amended Complaint.  The contents of that

11  document speak for themselves.  To the extent the allegations of this paragraph contradict or

12  mischaracterize said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank

13  specifically denies that its policies and practices discriminate against Black and/or African American

14  home loan applicants and home mortgage borrowers.

15      90.    Answering paragraph 90, Wells Fargo Bank denies the allegations.  Wells Fargo

16  Bank specifically denies that its policies and practices discriminate against Black and/or African

17  American home loan applicants and home mortgage borrowers.

18      91.    Answering paragraph 91, Wells Fargo Bank admits the existence of the document

19  referenced in footnote 69 of the First Amended Complaint.  The contents of that document speak for

20  themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

21  document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining

22  allegations in paragraph 91 and specifically denies that its policies and practices discriminate against

23  Black and/or African American home loan applicants and home mortgage borrowers.

24      92.    Answering paragraph 92, Wells Fargo Bank admits the existence of the document

25  referenced in footnotes 70 and 71 of the First Amended Complaint.  The contents of that document

26  speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

27  said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining

28  allegations in paragraph 92 and specifically denies that its policies and practices discriminate against

1    Black and/or African American home loan applicants and home mortgage borrowers.

2         93.    Answering paragraph 93, Wells Fargo Bank admits the existence of the document

3    referenced in footnotes 73-78 of the First Amended Complaint.  The contents of that document speak

4    for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

5    document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining

6    allegations in paragraph 93 and specifically denies that its policies and practices discriminate against

7    Black and/or African American home loan applicants and home mortgage borrowers.

8         94.    Answering paragraph 94, Wells Fargo admits the existence of the document

9    referenced in footnotes 73-78 of the First Amended Complaint.  The contents of that document speak

10   for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

11   document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining

12   allegations in paragraph 94 and specifically denies that its policies and practices discriminate against

13   Black and/or African American home loan applicants and home mortgage borrowers.

14        95.    Answering paragraph 95, Wells Fargo admits the existence of the document

15   referenced in footnotes 73-78 of the First Amended Complaint.  The contents of that document speak

16   for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

17   document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining

18   allegations in paragraph 95 and specifically denies that its policies and practices discriminate against

19   Black and/or African American home loan applicants and home mortgage borrowers.

20        96.    Answering paragraph 96, Wells Fargo admits the existence of the document

21   referenced in footnotes 73-78 of the First Amended Complaint.  The contents of that document speak

22   for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

23   document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining

24   allegations in paragraph 96 and specifically denies that its policies and practices discriminate against

25   Black and/or African American home loan applicants and home mortgage borrowers.

26        97.    Answering paragraph 97, Wells Fargo admits the existence of the documents

27   referenced in footnotes 73-79 of the First Amended Complaint.  The contents of those documents

28   speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

Case 3:22-cv-01748-JD   Document 40   Filed 06/13/22   Page 19 of 42

said documents, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining allegations in paragraph 97 and specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

98.     Answering paragraph 98, Wells Fargo admits the existence of the document referenced in footnotes 79-83 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining allegations in paragraph 98 and specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

99.     Answering paragraph 99, Wells Fargo admits the existence of the document referenced in footnotes 79-83 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining allegations in paragraph 99 and specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

100.     Answering paragraph 100, Wells Fargo Bank denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

101.     Answering paragraph 101, Wells Fargo Bank denies the allegations.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

102.     Answering paragraph 102, Wells Fargo Bank denies the allegations.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

103.     Answering paragraph 103, Wells Fargo Bank denies the allegations.  Wells Fargo Bank specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

104.     Answering paragraph 104, Wells Fargo also admits that it prepared and distributed

DEFENDANT WELLS FARGO BANK, N.A.'S ANSWER TO AMENDED COMPLAINT
CASE NO. 4:22-CV-01748

certain reports on a monthly basis.  Wells Fargo Bank further states that over the last decade, it has helped as many Black/African American families purchase homes as the next three largest bank lenders combined.[10]  Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black/African American families and helped more Black/African American homeowners refinance their mortgages than any other bank.  Wells Fargo Bank denies the remaining allegations in paragraph 99 and specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

105.    Answering paragraph 105, Wells Fargo denies the allegations.  Wells Fargo Bank denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

106.    Answering paragraph 106, Wells Fargo Bank denies the allegations and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

107.    Answering paragraph 107, Wells Fargo Bank denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.  The remaining allegations are legal conclusions to which no response is required.

108.    Answering paragraph 108, Wells Fargo denies the allegations.  Wells Fargo Bank denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

109.    Answering paragraph 109, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process. As to the remaining allegations, Wells Fargo Bank denies them.

110.    Answering paragraph 110, Wells Fargo admits the existence of the document referenced in footnote 86 of the First Amended Complaint.  The contents of that document speak for

---

[10] *Id.*

themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo Bank denies those allegations.  Wells Fargo Bank denies the remaining allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning. Wells Fargo Bank denies that the percentages reflect a comparison between similarly situated Black/African American borrowers and similarly situated White borrowers. Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.

111.    Answering paragraph 111, Wells Fargo Bank denies allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[11]    Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

112.    Answering paragraph 112, Wells Fargo Bank denies allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[12]    Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

113.    Answering paragraph 113, Wells Fargo Bank denies allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many

---

[11] *Id.*
[12] *Id.*

Black families purchase homes as the next three largest bank lenders combined.[13]   Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

114.    Answering paragraph 114, Wells Fargo Bank denies allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[14]   Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

115.    Answering paragraph 115, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank denies that the percentages reflect a comparison between similarly situated Black/African American borrowers and similarly situated White borrowers. Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process. As to the remaining allegations, Wells Fargo Bank denies the allegations.

116.    Answering paragraph 116, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process. As to the remaining allegations, Wells Fargo Bank denies the allegations.

117.    Answering paragraph 117, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process. As to the remaining allegations, Wells Fargo Bank denies the allegations.

118.    Answering paragraph 118, Wells Fargo Bank denies the allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank

---

[13] *Id.*
[14] *Id.*

denies that the percentages reflect a comparison between similarly situated Black/African American borrowers and similarly situated White borrowers. Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process. As to the remaining allegations, Wells Fargo Bank denies the allegations.

119.    Answering paragraph 119, Wells Fargo Bank denies allegations, and further states that the conclusion is flawed as stated because it is based on false reasoning.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.  Further, over the last decade, 2011-2020, Wells Fargo Bank has helped as many Black families purchase homes as the next three largest bank lenders combined.[15]   Additionally, in 2020, Wells Fargo was the largest bank lender for home mortgages to Black families and helped more Black homeowners refinance their mortgages than any other bank.

120.    Answering paragraph 120, Wells Fargo Bank denies the allegations.  Wells Fargo Bank further denies that it discriminates against Black and/or African American customers in the home lending process.

121.    Answering paragraph 121, Wells Fargo Bank denies that it discriminates against Black and/or African American customers in the home lending process.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

122.    Answering paragraph 122, Wells Fargo Bank denies that it discriminates against Black and/or African American customers in the home lending process.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

123.    Answering paragraph 123, Wells Fargo Bank denies that it discriminates against Black and/or African American customers in the home lending process.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

---

[15] *Id.*

124.     Answering paragraph 124, Wells Fargo Bank denies that Mr. Braxton purchased his home through a Wells Fargo home loan and denies that Mr. Braxton began the process of applying to refinance his loans with Wells Fargo in August 2019.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

125.     Answering paragraph 125, Wells Fargo denies the allegations and denies that Mr. Braxton was subjected to racial discrimination.

126.     Answering paragraph 126, Wells Fargo Bank denies that Mr. Braxton applied to refinance his loans and denies that Mr. Braxton was subjected to racial discrimination.

127.     Answering paragraph 127, Wells Fargo Bank denies that Mr. Braxton applied to refinance his loans and denies that Mr. Braxton was subjected to racial discrimination.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

128.     Answering paragraph 128, Wells Fargo Bank denies that Mr. Braxton applied to refinance his loans and denies that Mr. Braxton was subjected to racial discrimination.

129.     Answering paragraph 129, Wells Fargo Bank denies the allegations.  Further, Wells Fargo Bank denies that Mr. Braxton applied to refinance his loans and denies that Mr. Braxton was subjected to racial discrimination.

130.     Answering paragraph 130, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

131.     Answering paragraph 131, Wells Fargo Bank denies that Mr. and Mrs. Gray were subjected to racial discrimination and denies that Mr. and Mrs. Gray applied to refinance multiple loans.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

132.     Answering paragraph 132, Wells Fargo Bank denies that Mr. and Mrs. Gray applied to refinance the loans secured by the Stockton, California and Chicago, Illinois properties and denies that Mr. Gray is a co-borrower on the loan secured by the property in Chicago, Illinois.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief

1   as to the truth of the allegations, and on that basis, denies them.

2          133.   Answering paragraph 133, Wells Fargo Bank admits that the Grays refinanced the

3   loan secured by property in Danville, California in June 2020, and admits that their loan officer was

4   located in the Walnut Creek, California area and that he provided exemplary service to the Grays.

5   Wells Fargo Bank also admits that it obtained a verification of Mrs. Gray's employment from her

6   employer, as required by underwriting guidelines.  Wells Fargo Bank denies that the process to

7   refinance the loan secured by the property in Danville, California took four months.  Wells Fargo

8   also denies that Mr. and Mrs. Gray were subjected to racial discrimination, and denies that they

9   applied to refinance the loans secured by the Stockton, California and Chicago, Illinois properties.

10  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form

11  a belief as to the truth of the allegations, and on that basis, denies them.

12         134.   Responding to paragraph 134, Wells Fargo Bank denies the allegations.  Further,

13  Wells Fargo Bank denies that Mr. and Mrs. Gray were subjected to racial discrimination and denies

14  that Mr. and Mrs. Gray applied to refinance the loans secured by the Stockton, California and

15  Chicago, Illinois properties.

16         135.   Answering paragraph 135, Wells Fargo Bank lacks sufficient knowledge or

17  information to form a belief as to the truth of the allegations, and on that basis, denies them.

18         136.   Answering paragraph 136, Wells Fargo Bank denies that Mr. Brown purchased a

19  multi-unit home in December 2010 with a Wells Fargo home loan for approximately $204,000.  As

20  to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a

21  belief as to the truth of the allegations, and on that basis, denies them.

22         137.   Answering paragraph 137, Wells Fargo Bank admits that Mr. Brown submitted an

23  application to refinance his loan in October 2020.  As to all remaining allegations, Wells Fargo Bank

24  lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on

25  that basis, denies them.

26         138.   Answering paragraph 138, Wells Fargo Bank admits that Mr. Brown submitted

27  certain documents in connection with his application to refinance his loan.  Wells Fargo Bank denies

28  that Mr. Brown was subjected to racial discrimination.  As to all remaining allegations, Wells Fargo

Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

139.     Answering paragraph 139, Wells Fargo Bank admits that Mr. Brown's application was denied. Wells Fargo Bank denies that Mr. Brown was subjected to racial discrimination.

140.     Answering paragraph 140, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

141.     Answering paragraph 141, Wells Fargo Bank denies that Mr. Martin applied to refinance a loan secured by a property in Los Angeles, California in 2020.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

142.     Answering paragraph 142, Wells Fargo Bank denies the allegations.

143.     Answering paragraph 143, Wells Fargo Bank denies that the appraiser refused to come inside Mr. Martin's home.  Wells Fargo Bank states that the appraiser complied with applicable COVID-19 healthy and safety protocols.  Wells Fargo Bank further states that Mr. Martin applied for a home equity line of credit in March 2020, that the appraiser assigned a value of $1.9 million to the subject property, and that Wells Fargo Bank approved Mr. Martin for a home equity line of credit but Mr. Martin withdrew his request in June 2020.  Wells Fargo Bank denies that Mr. Martin was subjected to racial discrimination.  As to all remaining allegations, Wells Fargo Bank lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

144.     Answering paragraph 144, Wells Fargo Bank denies the allegations.  Wells Fargo Bank denies that it discriminates against Black and/or African American customers in the home lending process.

145.     Answering paragraph 145, Wells Fargo Bank responds that paragraph 145 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 145 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

1   action requirements, and denies that nationwide class treatment, or any class treatment for that

2   matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the

3   allegations.

4         146.    Answering paragraph 146, Wells Fargo Bank responds that paragraph 146 is a

5   characterization of Plaintiffs' putative class to which no response is required.  To the extent that

6   Paragraph 146 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

7   Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose

8   behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

9   action requirements, and denies that nationwide class treatment, or any class treatment for that

10   matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the

11   allegations.

12         147.    Answering paragraph 147, Wells Fargo Bank responds that paragraph 145 is a

13   characterization of Plaintiffs' putative class to which no response is required.  To the extent that

14   Paragraph 147 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

15   Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose

16   behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

17   action requirements, and denies that nationwide class treatment, or any class treatment for that

18   matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the

19   allegations.

20         148.    Answering paragraph 148, Wells Fargo Bank responds that the allegations are legal

21   conclusions to which no response is required.  To the extent a response is required, Wells Fargo

22   Bank responds that paragraph 148 is a characterization of Plaintiffs' putative class to which no

23   response is required.  To the extent that Paragraph 148 is intended to suggest that Plaintiffs have

24   defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately

25   defined the class of persons upon whose behalf they purport to bring this action, denies that

26   Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class

27   treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response

28   is required, Wells Fargo Bank denies the allegations.

149.    Answering paragraph 149, Wells Fargo Bank responds that paragraph 149 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 149 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

150.    Answering paragraph 150, Wells Fargo Bank responds that paragraph 150 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 150 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

151.    Answering paragraph 151, Wells Fargo Bank responds that paragraph 151 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 151 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

152.    Answering paragraph 152, Wells Fargo Bank responds that paragraph 152 is a characterization of Plaintiffs' putative subclasses to which no response is required.  To the extent that Paragraph 152 is intended to suggest that Plaintiffs have defined an ascertainable subclass, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined a class of persons upon

whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

153.    Answering paragraph 153, Wells Fargo Bank responds that paragraph 153 is a characterization of Plaintiffs' putative subclass to which no response is required.  To the extent that Paragraph 153 is intended to suggest that Plaintiffs have defined an ascertainable subclass, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined a class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

154.    Answering paragraph 154, Wells Fargo Bank responds that paragraph 154 is a characterization of Plaintiffs' putative subclass to which no response is required.  To the extent that Paragraph 154 is intended to suggest that Plaintiffs have defined an ascertainable subclass, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined a class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

155.    Answering paragraph 155, Wells Fargo Bank responds that paragraph 155 is a characterization of Plaintiffs' putative subclass to which no response is required.  To the extent that Paragraph 155 is intended to suggest that Plaintiffs have defined an ascertainable subclass, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined a class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

156.     Answering paragraph 156, Wells Fargo Bank responds that paragraph 156 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 156 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

157.     Answering paragraph 157, Wells Fargo Bank responds that paragraph 157 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 157 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

158.     Answering paragraph 158, Wells Fargo Bank responds that paragraph 158 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 158 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

159.     Answering paragraph 159, Wells Fargo Bank responds that paragraph 159 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 159 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose

1    behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

2    action requirements, and denies that nationwide class treatment, or any class treatment for that

3    matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the

4    allegations.

5         160.    Answering paragraph 160, Wells Fargo Bank responds that paragraph 160 is a

6    characterization of Plaintiffs' putative class to which no response is required.  To the extent that

7    Paragraph 160 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

8    Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose

9    behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

10   action requirements, and denies that nationwide class treatment, or any class treatment for that

11   matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the

12   allegations.

13        161.    Answering paragraph 161, Wells Fargo Bank responds that paragraph 161 is a

14   characterization of Plaintiffs' putative class to which no response is required.  To the extent that

15   Paragraph 161 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

16   Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose

17   behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

18   action requirements, and denies that nationwide class treatment, or any class treatment for that

19   matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the

20   allegations.

21        162.    Answering paragraph 162, Wells Fargo Bank responds that paragraph 162 is a

22   characterization of Plaintiffs' putative class to which no response is required.  To the extent that

23   Paragraph 162 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

24   Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose

25   behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

26   action requirements, and denies that nationwide class treatment, or any class treatment for that

27   matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the

28   allegations.

163.     Answering paragraph 163, Wells Fargo Bank responds that paragraph 163 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 163 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

164.     Answering paragraph 164, Wells Fargo Bank responds that paragraph 164 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 164 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

165.     Answering paragraph 165, Wells Fargo Bank responds that paragraph 165 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 165 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

166.     Answering paragraph 166, Wells Fargo Bank responds that paragraph 166 is a characterization of Plaintiffs' putative class to which no response is required.  Wells Fargo Bank specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action

requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo Bank denies the allegations.

**COUNT I**

167.    Answering paragraph 167, Wells Fargo Bank incorporates its responses to paragraphs 1 through 166 as if fully set forth herein.  Wells Fargo Bank further denies that class treatment is appropriate.

168.    Answering paragraph 168, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank responds that the Equal Credit Opportunity Act ("ECOA") is a written statute that speaks for itself.  To the extent that paragraph 168 misstates or mischaracterizes the ECOA, Wells Fargo Bank denies those allegations.

169.    Answering paragraph 169, Wells Fargo Bank denies that Mr. Braxton and Mr. Martin applied for refinancing.  The remaining allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank denies the allegations.  Wells Fargo Bank further denies that class treatment is appropriate.

170.    Answering paragraph 170, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank admits that Wells Fargo Bank, N.A. is a creditor.

171.    Answering paragraph 171, Wells Fargo Bank denies the allegations and denies that its policies or practices discriminate against Black and/or African Americans at any point in the home lending process.

172.    Answering paragraph 172, Wells Fargo Bank denies the allegations.  Wells Fargo Bank further denies that Plaintiffs or the putative class suffered any damages or injury as a result of the actions or inactions of Wells Fargo Bank and also denies that Plaintiffs or the putative class are entitled to any relief from Wells Fargo Bank.  Wells Fargo Bank further denies that class treatment is appropriate.

173.    Answering paragraph 173, Wells Fargo Bank denies that it discriminates against

Black and/or African American customers in the home lending process.  Wells Fargo Bank further denies that Plaintiffs or the putative class suffered any damages or injury as a result of the actions or inactions of Wells Fargo Bank and also denies that Plaintiffs or the putative class are entitled to any relief from Wells Fargo Bank.  Wells Fargo Bank further denies that class treatment is appropriate.

**COUNT II**

174.    Answering paragraph 174, Wells Fargo Bank incorporates its responses to paragraphs 1 through 173 as if fully set forth herein.  Wells Fargo Bank further denies that class treatment is appropriate.

175.    Answering paragraph 175, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank responds that The Fair Housing Act is a written statute that speaks for itself.  To the extent that paragraph 175 misstates or mischaracterizes the statute, Wells Fargo Bank denies those allegations.

176.    Answering paragraph 176, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank admits that the First Amended Complaint alleges that certain applicants sought to engage in residential real estate transactions with Wells Fargo Bank.  Wells Fargo Bank denies that class treatment is appropriate.

177.    Answering paragraph 177, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank admits that Black and/or African American applicants are members of a protected class under the Fair Housing Act.  Wells Fargo Bank denies that class treatment is appropriate.

178.    Answering paragraph 178, Wells Fargo Bank denies the allegations and denies that its policies or practices discriminate against Black and/or African Americans at any point in the home lending process.  Wells Fargo Bank further denies that class treatment is appropriate.

179.    Answering paragraph 179, Wells Fargo Bank denies the allegations and denies that its policies or practices discriminate against Black and/or African Americans at any point in the home lending process.  Wells Fargo Bank further denies that class treatment is appropriate.

180.    Answering paragraph 180, Wells Fargo Bank denies the allegations.  Wells Fargo

1    Bank further denies that Plaintiffs or the putative class suffered any damages or injury as a result of

2    the actions or inactions of Wells Fargo Bank, denies that its policies or practices discriminate against

3    Black and/or African Americans at any point in the home lending process, and also denies that

4    Plaintiffs or the putative class are entitled to any relief from Wells Fargo Bank. Wells Fargo Bank

5    further denies that class treatment is appropriate.

6                                        **COUNT III**

7        181.    Answering paragraph 181, Wells Fargo Bank incorporates its responses to paragraphs

8    1 through 180 as if fully set forth herein.  Wells Fargo Bank further denies that class treatment is

9    appropriate.

10       182.    Answering paragraph 182, Wells Fargo Bank responds that the allegations are legal

11   conclusions to which no response is required.  To the extent a response is required, Wells Fargo

12   Bank responds that 42 U.S.C. § 1981 is a written statute that speaks for itself.  To the extent that

13   paragraph 182 misstates or mischaracterizes the statute, Wells Fargo Bank denies those allegations.

14       183.    Answering paragraph 183, Wells Fargo Bank responds that the allegations are legal

15   conclusions to which no response is required.  To the extent a response is required, Wells Fargo

16   Bank responds that 42 U.S.C. § 1981 is a written statute that speaks for itself.  To the extent that

17   paragraph 183 misstates or mischaracterizes the statute, Wells Fargo Bank denies those allegations.

18       184.    Answering paragraph 184, Wells Fargo Bank denies that it discriminates against

19   Black and/or African American customers in the home lending process.  Wells Fargo Bank further

20   denies that Plaintiffs or the putative class suffered any damages or injury as a result of the actions or

21   inactions of Wells Fargo Bank and also denies that Plaintiffs or the putative class are entitled to any

22   relief from Wells Fargo Bank.  Wells Fargo Bank further denies that class treatment is appropriate.

23       185.    Answering paragraph 185, Wells Fargo Bank denies the allegations.  Wells Fargo

24   Bank further denies that Plaintiffs or the putative class suffered any damages or injury as a result of

25   the actions or inactions of Wells Fargo Bank and also denies that Plaintiffs or the putative class are

26   entitled to any relief from Wells Fargo Bank.  Wells Fargo Bank further denies that class treatment is

27   appropriate.

28

**COUNT IV**

186.    Answering paragraph 186, Wells Fargo Bank incorporates its responses to paragraphs 1 through 185 as if fully set forth herein.  Wells Fargo Bank further denies that class treatment is appropriate.

187.    Answering paragraph 187, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank responds that the Unruh Civil Rights Act is a written statute that speaks for itself.  To the extent that paragraph 187 misstates or mischaracterizes the statute, Wells Fargo Bank denies those allegations.

188.    Answering paragraph 188, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank responds that the Unruh Civil Rights Act is a written statute that speaks for itself.  To the extent that paragraph 188 misstates or mischaracterizes the statute, Wells Fargo Bank denies those allegations.

189.    Answering paragraph 189, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank responds that the Unruh Civil Rights Act is a written statute that speaks for itself.  To the extent that paragraph 189 misstates or mischaracterizes the statute, Wells Fargo Bank denies those allegations.

190.    Answering paragraph 190, Wells Fargo Bank denies that it discriminates against Black and/or African American customers in the home lending process.  Wells Fargo Bank further denies that Plaintiffs or the putative class suffered any damages or injury as a result of the actions or inactions of Wells Fargo Bank and also denies that Plaintiffs or the putative class are entitled to any relief from Wells Fargo Bank.  Wells Fargo Bank further denies that class treatment is appropriate.

191.    Answering paragraph 191, Wells Fargo Bank denies that it discriminates against Black and/or African American customers in the home lending process.  Wells Fargo Bank further denies that Plaintiffs or the putative class suffered any damages or injury as a result of the actions or inactions of Wells Fargo Bank and also denies that Plaintiffs or the putative class are entitled to any

relief from Wells Fargo Bank.  Wells Fargo Bank further denies that class treatment is appropriate.

**COUNT V**

192.    Answering paragraph 192, Wells Fargo Bank incorporates its responses to paragraphs 1 through 191 as if fully set forth herein.  Wells Fargo Bank further denies that class treatment is appropriate.

193.    Answering paragraph 193, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank responds that the Unfair Competition Law is a written statute that speaks for itself.  To the extent that paragraph 193 misstates or mischaracterizes the statute, Wells Fargo Bank denies those allegations.

194.    Answering paragraph 194, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank responds that the Unfair Competition Law is a written statute that speaks for itself.  To the extent that paragraph 194 misstates or mischaracterizes the statute, Wells Fargo Bank denies those allegations.

195.    Answering paragraph 195, Wells Fargo Bank responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo Bank responds that the Unfair Competition Law is a written statute that speaks for itself.  To the extent that paragraph 195 misstates or mischaracterizes the statute, Wells Fargo Bank denies those allegations.

196.    Answering paragraph 196, Wells Fargo Bank denies the allegations.  Wells Fargo Bank denies that it discriminates against Black and/or African American customers in the home lending process.

197.    Answering paragraph 197, Wells Fargo Bank denies the allegations and denies that it discriminates against Black and/or African American customers in the home lending process.

198.    Answering paragraph 198, Wells Fargo Bank denies the allegations and denies that it discriminates against Black and/or African American customers in the home lending process.

199.    Answering paragraph 199, Wells Fargo Bank denies that it discriminates against

Black and/or African American customers in the home lending process.  Wells Fargo Bank further denies that Plaintiffs or the putative class suffered any damages or injury as a result of the actions or inactions of Wells Fargo Bank and also denies that Plaintiffs or the putative class are entitled to any relief from Wells Fargo Bank.  Wells Fargo Bank further denies that class treatment is appropriate.

Plaintiffs' First Amended Complaint contains an unnumbered paragraph with subparts (a) through (h) containing Plaintiffs' prayer for relief, to which no response is required.  To the extent a response is required, Wells Fargo Bank denies that Plaintiffs are entitled to any relief in this action.

Plaintiffs' First Amended Complaint contains an unnumbered paragraph containing a jury demand, to which no response is required.  To the extent a response is required, Wells Fargo Bank denies that Plaintiffs' are entitled to any relief in this action, thus, no jury is required.

## AFFIRMATIVE DEFENSES

Wells Fargo Bank hereby alleges the following separate and distinct defenses and affirmative defenses to the Amended Complaint and the causes of action asserted against Wells Fargo Bank therein, and without assuming the burden of proof on matters as to which it has no such burden:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1.	The First Amended Complaint fails to state a claim against Wells Fargo Bank upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

(Statute of Limitations)

2.	Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

3.	Plaintiffs failed to take proper and reasonable steps to avoid, minimize, or mitigate

Plaintiffs' alleged damages and, to the extent of such failure, the damages allegedly incurred by Plaintiffs, if any, should be reduced accordingly or eliminated entirely.

**FOURTH AFFIRMATIVE DEFENSE**

(Laches)

4.      Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

**FIFTH AFFIRMATIVE DEFENSE**

(Estoppel)

5.      Plaintiffs are estopped by the action of law or by conduct from maintaining the Amended Complaint filed in this case.

**SIXTH AFFIRMATIVE DEFENSE**

(Co-Liability)

6.      Wells Fargo Bank alleges that any injury or damages which may have been sustained by Plaintiffs were proximately caused by the acts, errors or omissions of persons or entities other than Wells Fargo Bank.

**SEVENTH AFFIRMATIVE DEFENSE**

(Fault of Others)

7.      If Plaintiffs suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct or intervening acts of other third parties, and not by Wells Fargo Bank.

**EIGHTH AFFIRMATIVE DEFENSE**

(Speculative Damages)

8.      Wells Fargo Bank alleges any damage or loss Plaintiffs did incur as a result of any act or conduct by Wells Fargo Bank would be speculative at best and, thus, too uncertain for recovery.

**NINTH AFFIRMATIVE DEFENSE**

(Compliance with Law)

9.      Wells Fargo Bank met or exceeded the requirements of applicable laws, regulations, and standards.

1

**TENTH AFFIRMATIVE DEFENSE**

2

(Good Faith Conduct/Conformance with Applicable Standards)

3       10.     Wells Fargo Bank at all times acted in good faith and in conformance with all

4    applicable government and industry standards, rules and regulations, thus precluding any recovery by

5    Plaintiffs against Wells Fargo Bank.

6

**ELEVENTH AFFIRMATIVE DEFENSE**

7

(Lack of Causation)

8       11.     The damages complained of were the result of the intervening actions of others and

9    were not proximately caused by the actions or omissions of Wells Fargo Bank.

10

**TWELFTH AFFIRMATIVE DEFENSE**

11

(Lack of Malice)

12      12.     Wells Fargo Bank specifically denies acting with any willfulness, oppression, fraud,

13   or malice toward Plaintiffs or others.

14

**THIRTEENTH AFFIRMATIVE DEFENSE**

15

(Lack of Standing)

16      13.     Plaintiffs' claims are barred because Plaintiffs lack standing to bring them.\

17

**FOURTEENTH AFFIRMATIVE DEFENSE**

18

(Improper Representative Action)

19      14.     The Amended Complaint is barred, in whole or in part, because if Plaintiffs' action is

20   allowed to continue, there is a substantial potential for harm given the unique and individual issues of

21   fact that will predominate adjudication of Plaintiffs' claims, resulting in hundreds, if not thousands,

22   of mini-trials rendering the action completely unmanageable as a putative class action.  In addition,

23   the complexity presented by Plaintiffs' claims and the restitution sought violate due process.

24

**FIFTEENTH AFFIRMATIVE DEFENSE**

25

(Res Judicata)

26      15.     Plaintiffs' claims are barred, in whole or in part, by res judicata.

27

**SIXTEENTH AFFIRMATIVE DEFENSE**

28

(Waiver)

16.     Plaintiffs' claims against Wells Fargo Bank, if any, are barred by the doctrine of waiver.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Class Certification Improper)

17.     The class definition is overbroad, unmanageable, and predominated by individualized issues of fact and law, the result of which should be to deny certification of any proposed class.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Other Defenses – Putative Class Members)

18.     Wells Fargo Bank reserves the right to amend or supplement their affirmative defenses to include defenses that may be applicable to other members of the putative class.

## OTHER AFFIRMATIVE DEFENSES

19.     Wells Fargo Bank has insufficient knowledge or information upon which to form a belief as to whether they may have additional, as yet unstated, defenses available.  Wells Fargo Bank expressly reserves the right to assert additional defenses in the event that discovery indicates that such defenses are appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Wells Fargo Bank prays for judgment as follows:

1.     That judgment be entered in favor of Wells Fargo Bank;

2.     That Plaintiffs take nothing by way of their Amended Complaint and the claims asserted herein;

3.     That the Amended Complaint, and the claims against Wells Fargo Bank, be dismissed with prejudice;

4.     That Wells Fargo Bank be awarded costs of suit, including attorneys' fees incurred in defense of this action; and

5.     That Wells Fargo Bank be granted such other relief as the Court deems just and proper.

1    DATED:  June 13, 2022

2

3                                                        **WINSTON & STRAWN LLP**

4                                         By:      /s/ Amanda L. Groves
                                                   Amanda L. Groves
5                                                  agroves@winston.com
                                                   333 S. Grand Avenue, 38th Floor
6                                                  Los Angeles, CA 90071
                                                   Telephone: (213) 615-1700
7                                                  Facsimile: (213) 615-1750

8
                                                   Kobi K. Brinson (admitted pro hac vice)
9                                                  kbrinson@winston.com
                                                   Stacie C. Knight (admitted pro hac vice)
10                                                 sknight@winston.com
                                                   300 South Tryon Street, 16th Floor
11                                                 Charlotte, NC 28202
                                                   Telephone: (704) 350-7700
12                                                 Facsimile: (704) 350-7800

13

14                                                       **MCGUIREWOODS LLP**

15                                        By:      /s/ Alicia A. Baiardo
                                                   Ava E. Lias-Booker (admitted pro hac vice)
16                                                 alias-booker@mcguirewoods.com
                                                   Alicia A. Baiardo
17                                                 abaiardo@mcguirewoods.com
                                                   Jasmine K. Gardner (admitted pro hac vice)
18                                                 jgardner@mcguirewoods.com
                                                   Two Embarcadero Center, Suite 1300
19                                                 San Francisco, CA  94111-3821
                                                   Telephone: (415) 844.9944
20                                                 Facsimile: (415) 844.9922

21

22                                                 Attorneys for Defendants
                                                   WELLS FARGO BANK, N.A.,
23                                                 WELLS FARGO HOME MORTGAGE, INC.,
                                                   AND WELLS FARGO & COMPANY

24

25

26

27

28