1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  Winston & Strawn LLP
   333 S. Grand Avenue, 38th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 615-1700
4  Facsimile: (213) 615-1750

5  Alicia A. Baiardo (SBN: (SBN: 254228)
   abaiardo@mcguirewoods.com
6  McGuire Woods LLP
   Two Embarcadero Center
7  Suite 1300
   San Francisco, CA  94111-3821
8  Telephone: (415) 844-9944
   Facsimile: (415) 844-9922
9
10 *(Additional Counsel on Signature Page)*

11 Attorneys for Defendants
   WELLS FARGO BANK, N.A.,
12 WELLS FARGO HOME MORTGAGE, INC., and
   WELLS FARGO & COMPANY
13

14              **UNITED STATES DISTRICT COURT**

15        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16 AARON BRAXTON, *et al*., on behalf of      Case No. 4:22-cv-01748
   themselves and all others similarly situated,
17
                Plaintiffs,                   **DEFENDANT WELLS FARGO &**
18                                            **COMPANY'S ANSWER TO PLAINTIFFS'**
      v.                                      **FIRST AMENDED COMPLAINT**
19
   WELLS FARGO BANK, N.A., *et al*.
20
                Defendants.
21

22        Defendant Wells Fargo & Company ("Wells Fargo & Co.") hereby answers the First

23 Amended Class Action Complaint ("Amended Complaint") filed by Plaintiffs Aaron Braxton

24 ("Braxton"), Gia Gray ("Gray"), Bryan Brown ("Brown"), and Paul Martin ("Martin") (collectively,

25 "Plaintiffs").

26        1.      Answering paragraph 1, Wells Fargo & Co. responds that it lacks sufficient

27 knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

28 on that basis, denies them.

1    2.    Answering paragraph 2, Wells Fargo & Co. responds that it lacks sufficient

2    knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

3    on that basis, denies them.

4    3.    Answering paragraph 3, Wells Fargo & Co. responds that it lacks sufficient

5    knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

6    on that basis, denies them.

7    4.    Answering paragraph 4, Wells Fargo & Co. responds that it lacks sufficient

8    knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

9    on that basis, denies them.

10   5.    Answering paragraph 5, Wells Fargo & Co. responds that, to the extent the

11   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

12   & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient

13   knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

14   on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any

15   discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any

16   respect and has no involvement with the alleged mortgage policies and practices referenced in the

17   First Amended Complaint.

18   6.    Answering paragraph 6, Wells Fargo & Co. responds that, to the extent the

19   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

20   & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient

21   knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

22   on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any

23   discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any

24   respect and has no involvement with the alleged mortgage policies and practices referenced in the

25   First Amended Complaint.

26   7.    Answering paragraph 7, Wells Fargo & Co. responds that, to the extent the

27   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

28   & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient

knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

8.      Answering paragraph 8, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

9.      Answering paragraph 9, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

10.     Answering paragraph 10, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the

1    First Amended Complaint.

2         11.    Answering paragraph 11, Wells Fargo & Co. responds that, to the extent the

3    allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

4    & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient

5    knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

6    on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any

7    discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any

8    respect and has no involvement with the alleged mortgage policies and practices referenced in the

9    First Amended Complaint.

10        12.    Answering paragraph 12, Wells Fargo & Co. responds that, to the extent the

11   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

12   & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient

13   knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

14   on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any

15   discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any

16   respect and has no involvement with the alleged mortgage policies and practices referenced in the

17   First Amended Complaint.

18        13.    Answering paragraph 13, Wells Fargo & Co. responds that, to the extent the

19   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

20   & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient

21   knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

22   on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any

23   discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any

24   respect and has no involvement with the alleged mortgage policies and practices referenced in the

25   First Amended Complaint.

26        14.    Answering paragraph 14, Wells Fargo & Co. responds that, to the extent the

27   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

28   & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient

4

knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

15.     Answering paragraph 15, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

16.     Answering paragraph 16, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

17.     Answering paragraph 17, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the

First Amended Complaint.

18.     Answering paragraph 18, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

19.     Answering paragraph 19, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

20.     Answering paragraph 20, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

21.     Answering paragraph 21, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. admits only the existence of the document identified in footnote 20 to Plaintiffs' First Amended Complaint. The contents of that document speak for themselves. To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations. Further, Wells Fargo & Co. specifically denies that it engages in any discrimination.

22. Answering paragraph 22, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

23. Answering paragraph 23, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent a response is required, Wells Fargo & Co. does not challenge the subject matter jurisdiction of this Court. As to the allegations in paragraph 23 that are directed at another entity, no response from Wells Fargo & Co. is required.

24. Answering paragraph 24, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent that a response is required, Wells Fargo & Co. does not challenge personal jurisdiction in this Court. It admits that its principal place of business is in San Francisco, California. As to all remaining allegations, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

25. Answering paragraph 25, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent a response is required, Wells Fargo & Co. does not challenge the venue of this Court, but otherwise denies the allegations in the paragraph.

26. Answering paragraph 26, Wells Fargo & Co. lacks sufficient knowledge or

information to form a belief as to the truth of the allegations, and on that basis, denies them.

27.     Answering paragraph 27, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

28.     Answering paragraph 28, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.   Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

29.     Answering paragraph 29, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

30.     Answering paragraph 30, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient

knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

31. Answering paragraph 31, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

32. Answering paragraph 32, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it had any communications with Mr. or Mrs. Gray.

33. Answering paragraph 33, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it had any communications with Mr. or Mrs. Gray.

34. Answering paragraph 34, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

1   & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient

2   knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

3   on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any

4   discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any

5   respect and has no involvement with the alleged mortgage policies and practices referenced in the

6   First Amended Complaint. Wells Fargo & Co. specifically denies that it had any communications

7   with Mr. or Mrs. Gray.

8        35.     Answering paragraph 35, Wells Fargo & Co. responds that, to the extent the

9   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

10  & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient

11  knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

12  on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any

13  discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any

14  respect and has no involvement with the alleged mortgage policies and practices referenced in the

15  First Amended Complaint. Wells Fargo & Co. specifically denies that it had any communications

16  with Mr. or Mrs. Gray.

17       36.     Answering paragraph 36, Wells Fargo & Co. lacks sufficient knowledge or

18  information to form a belief as to the truth of the allegations, and on that basis, denies them.

19       37.     Answering paragraph 37, Wells Fargo & Co. responds that, to the extent the

20  allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

21  & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient

22  knowledge or information to form a belief as to the truth of the allegations as to any other entity, and

23  on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any

24  discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any

25  respect and has no involvement with the alleged mortgage policies and practices referenced in the

26  First Amended Complaint. Wells Fargo & Co. specifically denies that it had any communications

27  with Mr. Brown.

28       38.     Answering paragraph 38, Wells Fargo & Co. responds that, to the extent the

allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it had any communications with Mr. Brown.

39. Answering paragraph 39, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them. Wells Fargo & Co. specifically denies that it had any communications with Mr. Brown.

40. Answering paragraph 40, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it had any communications with Mr. Brown.

41. Answering paragraph 41, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

42. Answering paragraph 42, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

43. Answering paragraph 43, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

44. Answering paragraph 44, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any

discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it had any communications with Mr. Martin.

45.     Answering paragraph 45, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.

46.     Answering paragraph 46, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.

47.     Answering paragraph 47, Wells Fargo & Co. admits that its principal business is to act as a holding company for its subsidiaries, that it is incorporated in Delaware and has its principal place of business in San Francisco, California, and that Wells Fargo Bank, N.A. is a subsidiary.  It does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.  Wells Fargo & Co. denies the remaining allegation.

48.     Answering paragraph 48, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.

49.     Answering paragraph 49, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document identified in footnote 25 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.

50.    Answering paragraph 50, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document identified in footnote 25 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.

51.    Answering paragraph 51, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document identified in footnote 26 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.

52.    Answering paragraph 52, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document identified in footnote 27 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.

1    53.    Answering paragraph 53, Wells Fargo & Co. responds that, to the extent the

2    allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

3    & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

4    sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

5    entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document

6    identified in footnote 28 of the First Amended Complaint.  The contents of that document speak for

7    themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

8    documents, Wells Fargo & Co. denies those allegations.

9    54.    Answering paragraph 54, Wells Fargo & Co. responds that, to the extent the

10   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

11   & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

12   sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

13   entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document

14   identified in footnote 30 of the First Amended Complaint.  The contents of that document speak for

15   themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

16   documents, Wells Fargo & Co. denies those allegations.

17   55.    Answering paragraph 55, Wells Fargo & Co. responds that, to the extent the

18   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

19   & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

20   sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

21   entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document

22   identified in footnote 32 of the First Amended Complaint.  The contents of that document speak for

23   themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said

24   documents, Wells Fargo & Co. denies those allegations.

25   56.    Answering paragraph 56, Wells Fargo & Co. responds that, to the extent the

26   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

27   & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

28   sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

entity, and on that basis, denies them. Wells Fargo & Co. admits only the existence of the document identified in footnotes 34, 35, and 36 of the First Amended Complaint. The contents of that document speak for themselves. To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.

57. Answering paragraph 57, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. admits only the existence of the document identified in footnote 37 of the First Amended Complaint. The contents of that document speak for themselves. To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.

58. Answering paragraph 58, Wells Fargo & Co. specifically denies that its policies and practices discriminate against Black and/or African American home loan applicants and home mortgage borrowers.

59. Answering paragraph 59, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.

60. Answering paragraph 60, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any

discrimination.

61.     Answering paragraph 61, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

62.     Answering paragraph 62, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

63.     Answering paragraph 63, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

64.     Answering paragraph 64, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

65.     Answering paragraph 65, Wells Fargo & Co. admits that the allegations reference a complaint.  The contents of that document speak for themselves. To extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo & Co. denies those allegations.

Wells Fargo & Co. denies the allegations in the complaint and denies that it engages in any discrimination.

66.    Answering paragraph 66, Wells Fargo & Co. admits that the allegations reference a written settlement agreement.  The contents of that document speak for themselves.  To extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo & Co. denies those allegations.  In reaching a settlement in *City of Philadelphia v. Wells Fargo & Co., et al.*, No. 2:17-cv-02203-AB (E.D. Pa. 2019), Wells Fargo & Co. strongly disputed the allegations made by the city in the lawsuit and did not admit any liability in the agreement.

67.    Answering paragraph 67, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

68.    Answering paragraph 68, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.

69.    Answering paragraph 69, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

70.    Answering paragraph 64, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.

1      71.    Answering paragraph 71, Wells Fargo & Co. responds that, to the extent the

2 allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

3 & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks

4 sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

5 entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or

6 service loans in any respect and has no involvement with the alleged mortgage policies and practices

7 referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in

8 any discrimination.

9      72.    Answering paragraph 72, Wells Fargo & Co. responds that, to the extent the

10 allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

11 & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks

12 sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

13 entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or

14 service loans in any respect and has no involvement with the alleged mortgage policies and practices

15 referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in

16 any discrimination.

17      73.    Answering paragraph 73, Wells Fargo & Co. responds that, to the extent the

18 allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

19 & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks

20 sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

21 entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or

22 service loans in any respect and has no involvement with the alleged mortgage policies and practices

23 referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in

24 any discrimination.

25      74.    Answering paragraph 74, Wells Fargo & Co. responds that, to the extent the

26 allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

27 & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks

28 sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

75.     Answering paragraph 75, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

76.     Answering paragraph 76, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

77.     Answering paragraph 77, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

1     78.     Answering paragraph 78, Wells Fargo & Co. responds that, to the extent the

2     allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

3     & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

4     sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

5     entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or

6     service loans in any respect and has no involvement with the alleged mortgage policies and practices

7     referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in

8     any discrimination.

9     79.     Answering paragraph 79, Wells Fargo & Co. responds that, to the extent the

10    allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

11    & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

12    sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

13    entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or

14    service loans in any respect and has no involvement with the alleged mortgage policies and practices

15    referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in

16    any discrimination.

17    80.     Answering paragraph 80, Wells Fargo & Co. responds that, to the extent the

18    allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

19    & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

20    sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

21    entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document

22    referenced in footnotes 59 and 60 of the First Amended Complaint.  The contents of that document

23    speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize

24    said documents, Wells Fargo & Co. denies those allegations.

25    81.     Answering paragraph 81, Wells Fargo & Co. responds that, to the extent the

26    allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

27    & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

28    sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

entity, and on that basis, denies them. Wells Fargo & Co. admits only the existence of the document referenced in footnote 61 of the First Amended Complaint. The contents of that document speak for themselves. To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.

82. Answering paragraph 82, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

83. Answering paragraph 83, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

84. Answering paragraph 84, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

85.     Answering paragraph 85, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

86.     Answering paragraph 86, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document referenced in footnote 62 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.

87.     Answering paragraph 87, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

88.     Answering paragraph 88, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

89. Answering paragraph 89, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. admits only the existence of the document referenced in footnotes 66, 67, and 68 of the First Amended Complaint. The contents of that document speak for themselves. To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

90. Answering paragraph 90, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

91. Answering paragraph 91, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. admits only the existence of the document

referenced in footnote 69 of the First Amended Complaint. The contents of that document speak for themselves. To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

92. Answering paragraph 92, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. admits only the existence of the document referenced in footnotes 70 and 71 of the First Amended Complaint. The contents of that document speak for themselves. To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

93. Answering paragraph 93, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. admits only the existence of the document referenced in footnotes 73-78 of the First Amended Complaint. The contents of that document speak for themselves. To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

1      94.     Answering paragraph 94, Wells Fargo & Co. responds that, to the extent the
2  allegations contained in this paragraph are directed at another entity, no response from Wells Fargo
3  & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks
4  sufficient knowledge or information to form a belief as to the truth of the allegations as to any other
5  entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document
6  referenced in footnotes 73-78 of the First Amended Complaint.  The contents of that document speak
7  for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said
8  documents, Wells Fargo & Co. denies those allegations.  Wells Fargo & Co. further states that it
9  does not originate or service loans in any respect and has no involvement with the alleged mortgage
10 policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically
11 denies that it engages in any discrimination.

12     95.     Answering paragraph 95, Wells Fargo & Co. responds that, to the extent the
13 allegations contained in this paragraph are directed at another entity, no response from Wells Fargo
14 & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks
15 sufficient knowledge or information to form a belief as to the truth of the allegations as to any other
16 entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document
17 referenced in footnotes 73-78 of the First Amended Complaint.  The contents of that document speak
18 for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said
19 documents, Wells Fargo & Co. denies those allegations.  Wells Fargo & Co. further states that it
20 does not originate or service loans in any respect and has no involvement with the alleged mortgage
21 policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically
22 denies that it engages in any discrimination.

23     96.     Answering paragraph 96, Wells Fargo & Co. responds that, to the extent the
24 allegations contained in this paragraph are directed at another entity, no response from Wells Fargo
25 & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks
26 sufficient knowledge or information to form a belief as to the truth of the allegations as to any other
27 entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document
28 referenced in footnotes 73-78 of the First Amended Complaint.  The contents of that document speak

for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

97.     Answering paragraph 97, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document referenced in footnotes 73-78 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

98.     Answering paragraph 98, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. admits only the existence of the document referenced in footnotes 73-78 of the First Amended Complaint.  The contents of that document speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

99.     Answering paragraph 99, Wells Fargo & Co. responds that, to the extent the

allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. admits only the existence of the document referenced in footnotes 73-78 of the First Amended Complaint. The contents of that document speak for themselves. To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

100. Answering paragraph 100, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

101. Answering paragraph 101, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

102. Answering paragraph 102, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

& Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

103.     Answering paragraph 103, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

104.     Answering paragraph 104, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

105.     Answering paragraph 105, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices

referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

106.    Answering paragraph 106, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

107.    Answering paragraph 107, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

108.    Answering paragraph 108, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

109.    Answering paragraph 109, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

1  & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks

2  sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

3  entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or

4  service loans in any respect and has no involvement with the alleged mortgage policies and practices

5  referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in

6  any discrimination.

7    110. Answering paragraph 110, Wells Fargo & Co. responds that, to the extent the

8  allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

9  & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks

10  sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

11  entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or

12  service loans in any respect and has no involvement with the alleged mortgage policies and practices

13  referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in

14  any discrimination.

15    111. Answering paragraph 111, Wells Fargo & Co. responds that, to the extent the

16  allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

17  & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks

18  sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

19  entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or

20  service loans in any respect and has no involvement with the alleged mortgage policies and practices

21  referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in

22  any discrimination.

23    112. Answering paragraph 112, Wells Fargo & Co. responds that, to the extent the

24  allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

25  & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks

26  sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

27  entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or

28  service loans in any respect and has no involvement with the alleged mortgage policies and practices

referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

113. Answering paragraph 113, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

114. Answering paragraph 114, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

115. Answering paragraph 115, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

116. Answering paragraph 116, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

31

& Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

117.    Answering paragraph 117, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

118.    Answering paragraph 118, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

119.    Answering paragraph 119, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices

referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

120. Answering paragraph 120, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

121. Answering paragraph 121, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

122. Answering paragraph 122, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

123. Answering paragraph 123, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

& Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

124. Answering paragraph 124, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

125. Answering paragraph 125, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

126. Answering paragraph 126, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

127. Answering paragraph 127, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

128. Answering paragraph 128, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

129. Answering paragraph 129, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or

service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. Braxton.

130. Answering paragraph 130, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

131. Answering paragraph 131, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. or Mrs. Gray.

132. Answering paragraph 132, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. or Mrs. Gray.

133. Answering paragraph 133, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. or Mrs. Gray.

134. Answering paragraph 134, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. or Mrs. Gray.

135. Answering paragraph 135, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

136. Answering paragraph 136, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it had any communications with Mr. Brown.

137. Answering paragraph 137, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it had any communications with Mr. Brown.

138.    Answering paragraph 138, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. specifically denies that it had any communications with Mr. Brown.

139.    Answering paragraph 139, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. specifically denies that it had any communications with Mr. Brown.

140.    Answering paragraph 140, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

141.    Answering paragraph 141, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

142.    Answering paragraph 142, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices

referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. Martin.

143. Answering paragraph 143, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. specifically denies that it had any communications with Mr. Martin.

144. Answering paragraph 144, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint. Wells Fargo & Co. specifically denies that it engages in any discrimination.

145. Answering paragraph 145, Wells Fargo & Co. responds that paragraph 145 is a characterization of Plaintiffs' putative class to which no response is required. To the extent that Paragraph 145 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate. To the extent that a further response is required, Wells Fargo & Co. denies the allegations. Wells Fargo & Co. specifically denies that it is an entity from which any applicants

apply for, receive, or maintain credit related to residential real estate.

146.     Answering paragraph 146, Wells Fargo & Co. responds that paragraph 146 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 146 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

147.     Answering paragraph 147, Wells Fargo & Co. responds that paragraph 145 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 147 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

148.     Answering paragraph 148, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo & Co. responds that paragraph 148 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 148 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it

40

is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

149.    Answering paragraph 149, Wells Fargo & Co. responds that paragraph 149 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 149 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

150.    Answering paragraph 150, Wells Fargo & Co. responds that paragraph 150 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 150 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

151.    Answering paragraph 151, Wells Fargo & Co. responds that paragraph 151 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 151 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants

1    apply for, receive, or maintain credit related to residential real estate.

2            152.    Answering paragraph 152, Wells Fargo & Co. responds that paragraph 152 is a

3    characterization of Plaintiffs' putative subclasses to which no response is required.  To the extent

4    that Paragraph 152 is intended to suggest that Plaintiffs have defined an ascertainable subclass,

5    Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined a class of persons upon

6    whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23

7    class action requirements, and denies that nationwide class treatment, or any class treatment for that

8    matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies

9    the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants

10   apply for, receive, or maintain credit related to residential real estate.

11           153.    Answering paragraph 153, Wells Fargo & Co. responds that paragraph 153 is a

12   characterization of Plaintiffs' putative subclass to which no response is required.  To the extent that

13   Paragraph 153 is intended to suggest that Plaintiffs have defined an ascertainable subclass, Wells

14   Fargo & Co. specifically denies that Plaintiffs have adequately defined a class of persons upon

15   whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23

16   class action requirements, and denies that nationwide class treatment, or any class treatment for that

17   matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies

18   the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants

19   apply for, receive, or maintain credit related to residential real estate.

20           154.    Answering paragraph 154, Wells Fargo & Co. responds that paragraph 154 is a

21   characterization of Plaintiffs' putative subclass to which no response is required.  To the extent that

22   Paragraph 154 is intended to suggest that Plaintiffs have defined an ascertainable subclass, Wells

23   Fargo & Co. specifically denies that Plaintiffs have adequately defined a class of persons upon

24   whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23

25   class action requirements, and denies that nationwide class treatment, or any class treatment for that

26   matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies

27   the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants

28   apply for, receive, or maintain credit related to residential real estate.

1    155.    Answering paragraph 155, Wells Fargo & Co. responds that paragraph 155 is a characterization of Plaintiffs' putative subclass to which no response is required.  To the extent that Paragraph 155 is intended to suggest that Plaintiffs have defined an ascertainable subclass, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined a class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

156.    Answering paragraph 156, Wells Fargo & Co. responds that paragraph 156 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 156 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

157.    Answering paragraph 157, Wells Fargo & Co. responds that paragraph 157 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 157 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

158.    Answering paragraph 158, Wells Fargo & Co. responds that paragraph 158 is a

characterization of Plaintiffs' putative class to which no response is required. To the extent that Paragraph 158 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate. To the extent that a further response is required, Wells Fargo & Co. denies the allegations. Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

159. Answering paragraph 159, Wells Fargo & Co. responds that paragraph 159 is a characterization of Plaintiffs' putative class to which no response is required. To the extent that Paragraph 159 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate. To the extent that a further response is required, Wells Fargo & Co. denies the allegations. Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate. Wells Fargo & Co. specifically denies that it engages in any discrimination.

160. Answering paragraph 160, Wells Fargo & Co. responds that paragraph 160 is a characterization of Plaintiffs' putative class to which no response is required. To the extent that Paragraph 160 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate. To the extent that a further response is required, Wells Fargo & Co. denies the allegations. Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

161. Answering paragraph 161, Wells Fargo & Co. responds that paragraph 161 is a

characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 161 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

162.    Answering paragraph 162, Wells Fargo & Co. responds that paragraph 162 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 162 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

163.    Answering paragraph 163, Wells Fargo & Co. responds that paragraph 163 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that Paragraph 163 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

164.    Answering paragraph 164, Wells Fargo & Co. responds that paragraph 164 is a characterization of Plaintiffs' putative class to which no response is required.  To the extent that

Paragraph 164 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate. To the extent that a further response is required, Wells Fargo & Co. denies the allegations. Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

165. Answering paragraph 165, Wells Fargo & Co. responds that paragraph 165 is a characterization of Plaintiffs' putative class to which no response is required. To the extent that Paragraph 165 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate. To the extent that a further response is required, Wells Fargo & Co. denies the allegations. Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

166. Answering paragraph 166, Wells Fargo & Co. responds that paragraph 166 is a characterization of Plaintiffs' putative class to which no response is required. Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate. To the extent that a further response is required, Wells Fargo & Co. denies the allegations. Wells Fargo & Co. specifically denies that it is an entity from which any applicants apply for, receive, or maintain credit related to residential real estate.

167. Answering paragraph 167, Wells Fargo & Co. incorporates its responses to paragraphs 1 through 166 as if fully set forth herein. Wells Fargo & Co. further denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies

46

that nationwide class treatment, or any class treatment for that matter, is appropriate.

168. Answering paragraph 168, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent a response is required, Wells Fargo & Co. responds that the Equal Credit Opportunity Act ("ECOA") is a written statute that speaks for itself. To the extent that paragraph 168 misstates or mischaracterizes the ECOA, Wells Fargo & Co. denies those allegations.

169. Answering paragraph 169, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent a response is required, Wells Fargo & Co. responds that the Equal Credit Opportunity Act ("ECOA") is a written statute that speaks for itself. To the extent that paragraph 168 misstates or mischaracterizes the ECOA, Wells Fargo & Co. denies those allegations.

170. Answering paragraph 170, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 170 and specifically denies that it regularly extends, renews, or continues credit.

171. Answering paragraph 171, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 171, specifically denies that engages in any loan origination, refinancing, and underwriting practices, and specifically denies that it engages in any discrimination.

172. Answering paragraph 172, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 172, specifically denies that engages in any loan origination, refinancing, and underwriting practices, and specifically denies that it engages in any discrimination.

173. Answering paragraph 173, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 173.

174. Answering paragraph 174, Wells Fargo & Co. incorporates its responses to paragraphs 1 through 173 as if fully set forth herein. Wells Fargo & Co. further denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.

175. Answering paragraph 175, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent a response is required, Wells Fargo & Co. responds that the Fair Housing Act is a written statute that speaks for itself. To the extent that paragraph 175 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

176. Answering paragraph 176, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 176, and specifically denies that its business includes engaging in residential real estate-related transactions and specifically denies that it engages in any discrimination.

177. Answering paragraph 177, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent a response is required, Wells Fargo & Co. responds that the Fair Housing Act is a written statute that speaks for itself. To the extent that

paragraph 177 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations

178. Answering paragraph 178, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 178, and specifically denies that its business includes engaging in residential real estate-related transactions and specifically denies that it engages in any discrimination.

179. Answering paragraph 179, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 179, and specifically denies that its business includes engaging in residential real estate-related transactions and specifically denies that it engages in any discrimination.

180. Answering paragraph 180, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 180.

181. Answering paragraph 181, Wells Fargo & Co. incorporates its responses to paragraphs 1 through 180 as if fully set forth herein. Wells Fargo & Co. further denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.

182. Answering paragraph 182, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent a response is required, Wells Fargo &

Co. responds that 42 U.S.C. § 1981 is a written statute that speaks for itself.  To the extent that paragraph 182 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

183.   Answering paragraph 183, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 183, specifically denies that makes, performs, modifies, or terminates residential mortgage contracts, and specifically denies that it engages in any discrimination.

184.   Answering paragraph 184, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 184, specifically denies that makes, performs, modifies, or terminates residential mortgage contracts, and specifically denies that it engages in any discrimination.

185.   Answering paragraph 185, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 185, specifically denies that makes, performs, modifies, or terminates residential mortgage contracts, and specifically denies that it engages in any discrimination.

186.   Answering paragraph 186, Wells Fargo & Co. incorporates its responses to paragraphs 1 through 185 as if fully set forth herein. Wells Fargo & Co. further denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.

187.     Answering paragraph 187, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo & Co. responds that the Unruh Civil Rights Act is a written statute that speaks for itself.  To the extent that paragraph 187 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

188.     Answering paragraph 188, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo & Co. responds that the Unruh Civil Rights Act is a written statute that speaks for itself.  To the extent that paragraph 188 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

189.     Answering paragraph 189, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo & Co. responds that the Unruh Civil Rights Act is a written statute that speaks for itself.  To the extent that paragraph 189 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

190.     Answering paragraph 190, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 190.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

191.     Answering paragraph 191, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 191.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

192.     Answering paragraph 192, Wells Fargo & Co. incorporates its responses to

paragraphs 1 through 191 as if fully set forth herein. Wells Fargo & Co. further denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.

193.    Answering paragraph 193, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo & Co. responds that the Unfair Competition Law is a written statute that speaks for itself.  To the extent that paragraph 193 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

194.    Answering paragraph 194, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo & Co. responds that the Unfair Competition Law is a written statute that speaks for itself.  To the extent that paragraph 194 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.  Wells Fargo & Co. specifically denies that its business includes offering refinancing of existing home loans.

195.    Answering paragraph 195, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo & Co. responds that the Unfair Competition Law is a written statute that speaks for itself.  To the extent that paragraph 195 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

196.    Answering paragraph 196, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

197.     Answering paragraph 197, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

198.     Answering paragraph 198, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

199.     Answering paragraph 199, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies and practices referenced in the First Amended Complaint.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

Plaintiffs' First Amended Complaint contains an unnumbered paragraph with subparts (a) through (h) containing Plaintiffs' prayer for relief, to which no response is required.  To the extent a response is required, Wells Fargo & Co. denies that Plaintiffs are entitled to any relief in this action.

Plaintiffs' First Amended Complaint contains an unnumbered paragraph containing a jury demand, to which no response is required. To the extent a response is required, Wells Fargo & Co. denies that Plaintiffs are entitled to any relief in this action, thus, no jury is required.

## AFFIRMATIVE DEFENSES

Wells Fargo & Co. hereby alleges the following separate and distinct defenses and affirmative defenses to the Amended Complaint and the causes of action asserted against Wells Fargo & Co. therein, and without assuming the burden of proof on matters as to which it has no such burden:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1.     The First Amended Complaint fails to state a claim against Wells Fargo & Co. upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

(Statute of Limitations)

2.     Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

3.     Plaintiffs failed to take proper and reasonable steps to avoid, minimize, or mitigate Plaintiffs' alleged damages and, to the extent of such failure, the damages allegedly incurred by Plaintiffs, if any, should be reduced accordingly or eliminated entirely.

### FOURTH AFFIRMATIVE DEFENSE

(Laches)

4.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

(Estoppel)

5.     Plaintiffs are estopped by the action of law or by conduct from maintaining the Amended Complaint filed in this case.

**SIXTH AFFIRMATIVE DEFENSE**

(Co-Liability)

6. Wells Fargo & Co. alleges that any injury or damages which may have been sustained by Plaintiffs were proximately caused by the acts, errors or omissions of persons or entities other than Wells Fargo & Co.

**SEVENTH AFFIRMATIVE DEFENSE**

(Fault of Others)

7. If Plaintiffs suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct or intervening acts of other third parties, and not by Wells Fargo & Co.

**EIGHTH AFFIRMATIVE DEFENSE**

(Speculative Damages)

8. Wells Fargo & Co. alleges any damage or loss Plaintiffs did incur as a result of any act or conduct by Wells Fargo & Co. would be speculative at best and, thus, too uncertain for recovery.

**NINTH AFFIRMATIVE DEFENSE**

(Compliance with Law)

9. Wells Fargo & Co. met or exceeded the requirements of applicable laws, regulations, and standards.

**TENTH AFFIRMATIVE DEFENSE**

(Good Faith Conduct/Conformance with Applicable Standards)

10. Wells Fargo & Co. at all times acted in good faith and in conformance with all applicable government and industry standards, rules and regulations, thus precluding any recovery by Plaintiffs against Wells Fargo & Co.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Lack of Causation)

11. The damages complained of were the result of the intervening actions of others and

were not proximately caused by the actions or omissions of Wells Fargo & Co.

## TWELFTH AFFIRMATIVE DEFENSE

### (Lack of Malice)

12.    Wells Fargo & Co. specifically denies acting with any willfulness, oppression, fraud, or malice toward Plaintiffs or others.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

13.    Plaintiffs' claims are barred because Plaintiffs lack standing to bring them.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Improper Representative Action)

14.    The First Amended Complaint is barred, in whole or in part, because if Plaintiffs' action is allowed to continue, there is a substantial potential for harm given the unique and individual issues of fact that will predominate adjudication of Plaintiffs' claims, resulting in hundreds, if not thousands, of mini-trials rendering the action completely unmanageable as a putative class action.  In addition, the complexity presented by Plaintiffs' claims and the restitution sought violate due process.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Res Judicata)

15.    Plaintiffs' claims are barred, in whole or in part, by res judicata.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

16.    Plaintiffs' claims against Wells Fargo & Co., if any, are barred by the doctrine of waiver.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Class Certification Improper)

17.    The class definition is overbroad, unmanageable, and predominated by individualized issues of fact and law, the result of which should be to deny certification of any proposed class.

## EIGHTEENTH AFFIRMATIVE DEFENSE

(Other Defenses – Putative Class Members)

18.     Wells Fargo & Co. reserves the right to amend or supplement their affirmative defenses to include defenses that may be applicable to other members of the putative class.

## OTHER AFFIRMATIVE DEFENSES

19.     Wells Fargo & Co. has insufficient knowledge or information upon which to form a belief as to whether they may have additional, as yet unstated, defenses available. Wells Fargo & Co. expressly reserves the right to assert additional defenses in the event that discovery indicates that such defenses are appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Wells Fargo & Co. prays for judgment as follows:

1.     That judgment be entered in favor of Wells Fargo & Co.;

2.     That Plaintiffs take nothing by way of their Amended Complaint and the claims asserted herein;

3.     That the Amended Complaint, and the claims against Wells Fargo & Co. be dismissed with prejudice;

4.     That Wells Fargo & Co. be awarded costs of suit, including attorneys' fees incurred in defense of this action; and

5.     That Wells Fargo & Co. be granted such other relief as the Court deems just and proper.

DATED: June 13, 2022

**WINSTON & STRAWN LLP**

By:     */s/ Amanda L. Groves*
          Amanda L. Groves
          agroves@winston.com
          333 S. Grand Avenue, 38th Floor
          Los Angeles, CA 90071
          Telephone: (213) 615-1700
          Facsimile: (213) 615-1750

          Kobi K. Brinson *(admitted pro hac vice)*
          kbrinson@winston.com
          Stacie C. Knight *(admitted pro hac vice)*
          sknight@winston.com
          300 South Tryon Street, 16th Floor
          Charlotte, NC 28202
          Telephone: (704) 350-7700
          Facsimile: (704) 350-7800


**MCGUIREWOODS LLP**

By:     */s/ Alicia A. Baiardo*
          Ava E. Lias-Booker (*admitted pro hac vice*)
          alias-booker@mcguirewoods.com
          Alicia A. Baiardo
          abaiardo@mcguirewoods.com
          Jasmine K. Gardner (*admitted pro hac vice*)
          jgardner@mcguirewoods.com
          Two Embarcadero Center, Suite 1300
          San Francisco, CA 94111-3821
          Telephone: (415) 844.9944
          Facsimile: (415) 844.9922

          Attorneys for Defendants
          WELLS FARGO BANK, N.A.,
          WELLS FARGO HOME MORTGAGE, INC.,
          AND WELLS FARGO & COMPANY