**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BRAXTON, GIA GRAY, BRYAN BROWN AND PAUL MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC. a Delaware corporation; and WELLS FARGO & CO., a Delaware corporation<br><br>Defendants. | Case No. 3:22-cv-01748-JD<br><br>Hon. James Donato<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM COUNSEL FOR A PUTATIVE REFINANCING CLASS** |

Pursuant to Local Civil Rules 6-2 and 7-12, the Parties, through their respective counsel, hereby stipulate to the following brieing schedule.

**WHEREAS**, five putative class actions have been related and are before this Court. See *Williams v. Wells Fargo Bank, N.A., et al.*, Case No. 3:22-cv-00990-JD (filed Feb. 17, 2022); *Braxton v. Wells Fargo Bank, N.A., et al.*, Case No. 3:22-cv-01748-JD (filed Mar. 18, 2022); *Pope v. Wells Fargo Bank, N.A. et al.*, No. 4:22-cv-01793-JD (filed Mar. 21, 2022); *Ebo v. Wells Fargo Bank, N.A.*, No. 3:22-cv-02535-JD (filed Apr. 26, 2022); and *Perkins v. Wells Fargo Bank, N.A., et al.*, Case No. 3:22-cv-3455-CRB (filed June 10, 2022) ("Related Cases").

**WHEREAS**, on July 28, 2022, the *Braxton* Plaintiffs filed a Motion to Appoint Interim Counsel for a Putative Refinancing Class ("*Braxton's* Plaintiffs' Interim Counsel Motion", *Braxton* Dkt. No. 45). The *Braxton* Plaintiffs' Interim Counsel Motion is currently set for September 1, 2022, with any opposition or response to the Motion currently due August 11, 2022, and any reply due August 18, 2022.

**WHEREAS**, Wells Fargo filed a Motion to Consolidate the Related Cases on August 5, 2022 initially setting it for hearing on November 10, 2022 as it continued to work with all counsel on scheduling.

**WHEREAS**, the Parties request the Court continue the *Braxton* Plaintiffs' Interim Counsel Motion and set the following briefing schedule on the *Braxton* Plaintiffs' Interim Counsel Motion and Wells Fargo's Motion to Consolidate, in order to allow both Motions to be heard on the same day and allow all parties sufficient time to respond.

**WHEREAS**, the Parties' Stipulation will alter the current deadlines as follows:

| Action on Interim Counsel Motion | Present Date | Stipulated Date |
|---|---|---|
| Responses or Objections | August 11, 2022 | August 26, 2022 |
| Reply to Responses or Objections | August 18, 2022 | September 16, 2022 |
| Hearing on Motion | September 1, 2022 | September 29, 2022 |

**WHEREAS,** lead counsel for the *Braxton* Plaintiffs, Dennis S. Ellis, may be in trial on September 29, 2022, as he is currently serving as lead trial counsel for Pacific Gas & Electric

Company in a matter captioned *Gloria Ruckman, et al. v. Big n Deep Ag Development Co., et al.*, Superior Court of the State of California, County of Kern, Case No. BCV-15-101699. The *Braxton* Plaintiffs are hopeful that trial will be completed by September 29, 2022and the Parties will inform this Court no later than September 22, 2022, if lead counsel for the *Braxton* Plaintiffs will not be available on September 29, 2022, so that the Parties may work with the Court to set an alternative Hearing Date.

**WHEREAS,** the following prior extensions have been granted:

1. Extension of time to answer the Complaint granted for Defendants, *Braxton* Dkt. No. 12; and
2. Extension of time to answer the First Amended Complaint granted for Defendants, *Braxton* Dkt. No. 18.

**THEREFORE, THE PARTIES AGREE AND JOINTLY REQUEST** the Court enter an order setting the following briefing scheduling:

1. Any response to the *Braxton* Plaintiffs' Interim Counsel Motion or Wells Fargo's anticipated Motion to Consolidate will be due no later than August 26, 2022;
2. Any Reply in support of the Interim Counsel Motion or Wells Fargo's anticipated Motion to Consolidate will be due no later than September 16, 2022;
3. The *Braxton* Plaintiffs' Interim Counsel Motion and Wells Fargo's anticipated Motion to Consolidate will be set for hearing on September 29, 2022 unless otherwise ordered.

**IT IS SO STIPULATED AND AGREED**.

DATED:       August 8, 2022

                                              **WINSTON & STRAWN LLP**

                            By:       */s/ Amanda L. Groves*
                                    Amanda L. Groves
                                    agroves@winston.com
                                    333 S. Grand Avenue, 38th Floor
                                    Los Angeles, CA 90071
                                    Telephone: (213) 615-1700
                                    Facsimile: (213) 615-1750

|   |   |   |
|---|---|---|
| | | Kobi K. Brinson (*admitted pro hac vice*) |
| | | kbrinson@winston.com |
| | | Stacie C. Knight (*admitted pro hac vice*) |
| | | sknight@winston.com |
| | | 300 South Tryon Street, 16th Floor |
| | | Charlotte, NC 28202 |
| | | Telephone: (704) 350-7700 |
| | | Facsimile: (704) 350-7800 |

**MCGUIREWOODS LLP**

By: /s/ *Alicia A. Baiardo*
Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844.9944
Facsimile: (415) 844.9922

*Attorneys for Defendants*
WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, INC.,
AND WELLS FARGO & COMPANY

DATED:    August 8, 2022

 **ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**

By:   /s/ *Noah S. Helpern*
Noah S. Helpern (State Bar No. 254023)
nhelpern@egcfirm.com
Trent B. Copeland (State Bar No. 136890)
tcopeland@egcfirm.com
Ryan Q. Keech (State Bar No. 280306)
rkeech@egcfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

-4-
STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO
APPOINT INTERIM COUNSEL FOR A PUTATIVE RENINANCING CLASS
CASE NO.: 4:22-cv-01748-JD

**FRANK SIMS & STOLPER LLP**

By:    */s/ Scott H. Sims*

Jason Frank (State Bar No. 190957)
jfrank@lawfss.com
Scott H. Sims (State Bar No. 234148)
ssims@lawfss.com
Andrew D. Stolper (State Bar No. 205462)
astolper@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, California 92612
Telephone: (949) 210-2400
Facsimile: (949) 201-2405
*Attorneys for Plaintiffs Aaron Braxton, Gia Gray, Bryan Brown, Paul Martin, on behalf of themselves and all others similarly situated*

STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM COUNSEL FOR A PUTATIVE RENINANCING CLASS
CASE NO.: 4:22-cv-01748-JD

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ *Alicia A. Baiardo*

Alicia A. Baiardo

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2022, I electronically filed the foregoing document entitled **STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERMIM COUNSEL FOR A PUTATIVE REFINANCING CLASS** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: August 8, 2022

By: /s/ Alicia A. Baiardo
Alicia A. Baiardo