**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

*Attorneys for Defendants Wells Fargo Bank, N.A.*
*and Wells Fargo & Co.*

**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

*Attorneys for Defendants Wells Fargo Bank, N.A.*
*and Wells Fargo & Co.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BRAXTON, GIA GRAY, BRYAN BROWN AND PAUL MARTIN, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO & CO.,<br><br>Defendants. | Case No. 3:22-cv-01748-JD<br><br>Hon. James Donato<br><br>**NOTICE OF LODGING OF ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE THE RELATED CASES** |

-1-

1

2      TO THE HONORABLE JAMES DONATO, UNITED STATES DISTRICT COURT

3  JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

4      PLEASE TAKE NOTICE that on August 10, 2022, an Order granting Defendants

5  Wells Fargo Bank, N.A. and Wells Fargo & Co.'s Stipulation Regarding Briefing Schedule

6  and Hearing on Plaintiffs' Motion to Appoint Interim Counsel for a Putative Refinancing Class

7  was filed in the case of *Williams v. Wells Fargo Bank, N.A., et al.*, Northern District of

8  California Case No. 3:22-cv-00990-JD.

9      A true and correct copy of the Order is hereby lodged with this court as Exhibit A to

10  this Notice of Lodging.

11

12  DATED:  August 10, 2022

13                                             **WINSTON & STRAWN LLP**

14                                             By: /s/ *Amanda L. Groves*

15                                             Amanda L. Groves
                                               agroves@winston.com
16                                             333 S. Grand Avenue, 38th Floor
                                               Los Angeles, CA 90071
17                                             Telephone: (213) 615-1700
                                               Facsimile: (213) 615-1750

18

19                                             Kobi K. Brinson *(admitted pro hac vice)*
                                               kbrinson@winston.com
20                                             Stacie C. Knight *(admitted pro hac vice)*
                                               sknight@winston.com
21                                             300 South Tryon Street, 16th Floor
                                               Charlotte, NC 28202
22                                             Telephone: (704) 350-7700
                                               Facsimile: (704) 350-7800
23

24                                             **MCGUIREWOODS LLP**

25                                             By:/s/ *Alicia A. Baiardo*

26                                             Ava E. Lias-Booker (*admitted pro hac vice*)
                                               alias-booker@mcguirewoods.com
                                               Alicia A. Baiardo
27                                             abaiardo@mcguirewoods.com
                                               Jasmine K. Gardner (*admitted pro hac vice*)

28

NOTICE OF LODGING OF ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE
AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE THE RELATED CASES
Case: 3:22-cv-01748-JD

1

jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone: (415) 844.9944
Facsimile: (415) 844.9922

*Attorneys for Defendants*
WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, INC.,
AND WELLS FARGO & COMPANY

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING OF ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE
AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE THE RELATED CASES
Case: 3:22-cv-01748-JD

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

2

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence

3

in the filing of this document has been obtained from the signatories above.

4

5

By: */s/ Alicia A. Baiardo*

6

Alicia A. Baiardo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

NOTICE OF LODGING OF ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE
AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE THE RELATED CASES
Case: 3:22-cv-01748-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2022, I electronically filed the foregoing document entitled **NOTICE OF LODGING OF ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE THE RELATED CASES** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: August 10, 2022

By:*/s/ Alicia A. Baiardo*_____
Alicia A. Baiardo