# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: October 20, 2022            Judge: Hon. James Donato

Time: 38 Minutes

| | |
|---|---|
| Case No. | **3:22-cv-00990-JD** |
| Case Name | **Williams v. Wells Fargo Bank, N.A., et al** |
| | |
| Case No. | **3:22-cv-01748-JD** |
| Case Name | **Braxton v. Wells Fargo Bank, N.A.** |
| | |
| Case No. | **3:22-cv-01793-JD** |
| Case Name | **Pope v. Wells Fargo Bank, N.A., et al** |
| | |
| Case No. | **3:22-cv-01931-JD** |
| Case Name | **Thomas v. Wells Fargo Company, et al.** |
| | |
| Case No. | **3:22-cv-02535-JD** |
| Case Name | **Ebo v. Wells Fargo Bank, N.A.** |
| | |
| Case No. | **3:22-cv-03455-JD** |
| Case Name | **Perkins v. Wells Fargo, N.A., et al.** |

| | |
|---|---|
| Attorneys for Williams: | Linda Friedman, Suzanne Bish, Nabeha Shaer, and Benjamin Crump |
| Attorneys for Braxton: | Dennis Ellis, Jason Frank, and Trent Copeland |
| Attorneys for Pope, Thomas & Ebo: | Marc Dann, Alex R. Straus, and Tom Zimmerman |
| Attorneys for Perkins: | Amanda Williams and Abou Amara |
| Attorneys for Defendants: | Ava E. Lias-Booker, Amanda Groves, Kobi Brinson, and Marjon Momand |

Deputy Clerk: Jean Davis            Court Reporter: Marla Knox

1

## PROCEEDINGS

Motions to Consolidate -- Held

## NOTES AND ORDERS

Plaintiffs are directed to meet and confer with each other, and then with Wells Fargo, to discuss how to consolidate these cases. The parties are directed to file a joint proposal for consolidation by November 4, 2022.